

# AEGON Companies
# Short-Term Disability Program

### Program Information Summary
### Effective January 1, 2009

37974 10/09



*Short-Term Disability Program*

# Table of Contents

**Short-Term Disability Program Introduction** ..................................................................................... 1

**Summary of Disability Benefits** ........................................................................................................... 2
    Short-Term Disability Benefits ............................................................................................................. 2
    Cost of Coverage .................................................................................................................................. 3

**Eligibility and Effective Date** .............................................................................................................. 4
    Employee Eligibility ............................................................................................................................. 4
    When Your Coverage Becomes Effective ............................................................................................ 4

**Short-Term Disability Benefits** ........................................................................................................... 5
    When You May Receive Short-Term Disability Benefits .................................................................... 5
    Claiming Your Short-Term Disability Benefits ................................................................................... 5
    Partial Disabilities ................................................................................................................................. 6
    Recurrent Period of Disability .............................................................................................................. 6
    Other Information about Short-Term Disability ................................................................................... 6
    Termination of Short-Term Disability Benefits ................................................................................... 6

**When Coverage Ends** ........................................................................................................................... 7
    Short-Term Disability ........................................................................................................................... 7
    Continuation of Coverage during an Approved Leave of Absence Granted under the Family and
        Medical Leave Policy ..................................................................................................................... 7
    Military Service .................................................................................................................................... 7
    Conversion ............................................................................................................................................ 7

**Additional Short-Term Disability Claim Information** ..................................................................... 8
    Misstatement of Fact ............................................................................................................................ 8
    Right of Reimbursement and Subrogation ........................................................................................... 8
    Right to Recovery of Overpayments .................................................................................................... 9
    Your Right to Appeal Denial of a Claim .............................................................................................. 9
    Program Administration ..................................................................................................................... 10
    Legal Action ....................................................................................................................................... 10
    Restriction on Venue .......................................................................................................................... 10
    Agreement to Pay ............................................................................................................................... 10
    Questions Regarding the Claims Process ........................................................................................... 10

**Miscellaneous Provisions** .................................................................................................................... 11
    No Guarantee of Employment ............................................................................................................ 11
    No Vested Right to Benefits ............................................................................................................... 11
    Correction of Errors ............................................................................................................................ 11
    No Assignment ................................................................................................................................... 11
    Program Administrator Authority ...................................................................................................... 11

**Amendment or Termination of the Program** .................................................................................. 12
    The Company Reserves the Right to Amend ..................................................................................... 12
    The Company Reserves the Right to Terminate ................................................................................ 12

**Additional Program Information** ..................................................................................................... 13

**Glossary of Terms** .............................................................................................................................. 14

## *Short-Term Disability Program Introduction*

AEGON USA, LLC (the "Company") has adopted the AEGON Companies Short-Term Disability Program (the "STD Program" or "Program"). This document constitutes the Program Document and Program Information Summary for the provisions of the Short-Term Disability Program in effect as of January 1, 2009.

Benefits and other terms and conditions described in this Program Information Summary are effective only if you are eligible to participate. The Company provides the benefits described in this summary to you in return for the services you perform.

The Company provides Short-Term Disability coverage at no cost to you.

Participation in the Program does not create or constitute an express or implied employment contract for a definite term nor does such participation guarantee a right to any benefits, except as specifically provided in the Program.

AEGON USA, LLC (the "Company") intends to continue the Program indefinitely. However, the Company retains the right to amend, change or terminate the Program described in this Program Information Summary at any time. If the Company should amend, change or terminate the Program while you are a participant, the Company will notify you of the effect on your benefits or coverage. No consent of any participant or any other individual shall be necessary for the Company to amend, change or terminate the Program. No person has the authority to make verbal statements of any kind that (i) are legally binding on the Company or (ii) alter the actual Program documents.

The Glossary of Terms at the end of this Program Information Summary defines certain capitalized words or phrases that appear throughout this Program Information Summary.

If you have questions, please contact the AEGON Employee Service Center for assistance.

AEGON Employee Service Center
4333 Edgewood Road NE, MS 3830
Cedar Rapids, IA 52499
Toll-free: (866) 558-5560
Local: (319) 355-5560
Fax: (877) 355-5573
Internal e-mail address: AEGON Employee Service Center
External e-mail address: aegonempsrvctr@aegonusa.com
Hours of operation: 7:30 a.m. to 5:30 p.m. Central time, Monday through Friday

# *Summary of Disability Benefits*

## SHORT-TERM DISABILITY BENEFITS

The Program bases the amount and duration of Short-Term Disability ("STD") benefits on your Years of Service at the initial date of your Disability. The Program bases benefits on your Basic Monthly Earnings, which include your regular wages.

**Monumental Life Division Career Agency Field Managers and Agents**
The Program determines regular wages as the average compensation for the most recently completed 24 performance periods excluding annual Bonus and TPA Commissions.

**Commissioned Employees of Clark Consulting, Inc.**
Basic Monthly Earnings is monthly base salary plus the average of the most recent 24 months (or part thereof) Commissions.

**Commissioned Employees of Transamerica Capital, Inc. whose names and titles are on file with the AEGON Employee Service Center**
Basic Monthly Earnings is monthly base salary plus the average of the most recent 24 months (or part thereof) Commissions.

**For All Other Partially or Fully Commissioned Employees, whose names and titles are on file with the AEGON Employee Service Center**
Basic Monthly Earnings is:

- if you do not have a full Calendar Year of employment, your monthly pay rate or salary, excluding shift differential, plus your monthly introductory allowance if any; or
- if you have a full Calendar Year of employment, the monthly average of your prior Calendar Year's earnings.

In all categories above, Basic Monthly Earnings exclude Bonuses, cash awards, expense allowances, shift differential, overtime pay, goal sharing, variable pay, stock option earnings, other incentive items or other extra pay items.

If you are absent from work for more than seven consecutive calendar days due to a Non-Occupational Illness or Injury which prevents you from performing your Regular Job and are under the care of a Physician, you may be eligible for Short-Term Disability benefits based on the following schedule.

| Participating Employers Other Than Monumental Life Division Short-Term Disability Schedule of Benefits | | |
|---|---|---|
| **Years of Service** | **Benefits at 100% of Basic Monthly Earnings** | **Benefits at 60% of Basic Monthly Earnings** |
| Less than 1 year | 2 weeks | 24 weeks |
| 1 but less than 3 years | 4 weeks | 22 weeks |
| 3 but less than 5 years | 6 weeks | 20 weeks |
| 5 but less than 7 years | 10 weeks | 16 weeks |
| 7 but less than 9 years | 14 weeks | 12 weeks |
| 9 but less than 10 years | 18 weeks | 8 weeks |
| 10 or more years | 20 weeks | 6 weeks |

*Short-Term Disability Program*

| Monumental Life Division Short-Term Disability Schedule of Benefits |||
|---|---|---|
| **Years of Service** | **Benefits at 100% of Basic Monthly Earnings** | **Benefits at 60% of Basic Monthly Earnings** |
| Less than 1 year | None | None |
| 1 but less than 2 years | 3 weeks | None |
| 2 but less than 3 years | 4 weeks | 22 weeks |
| 3 but less than 5 years | 6 weeks | 20 weeks |
| 5 but less than 7 years | 10 weeks | 16 weeks |
| 7 but less than 9 years | 14 weeks | 12 weeks |
| 9 but less than 10 years | 18 weeks | 8 weeks |
| 10 or more years | 20 weeks | 6 weeks |

## COST OF COVERAGE

The Participating Employer pays the full cost of the Short-Term Disability Program.

*Short-Term Disability Program*

# *Eligibility and Effective Date*

## EMPLOYEE ELIGIBILITY

You are eligible for the Short-Term Disability Program if the Participating Employer employs you as a Regular, Full-Time Employee or as a Regular, Benefits-Eligible, Part-Time Employee.

You are not eligible to participate if the Participating Employer employs you as a Regular, Non-Benefits-Eligible Part-Time Employee, a Temporary Employee, an Intern, a Co-op Student, an On-Call Employee or a member of a collective bargaining unit for which benefits have been the subject of good faith negotiation, unless the Participating Employer and the collective bargaining unit representative, through the process of good faith bargaining, agree to coverage under the Program.

Leased employees, nonleased persons who provide services to the Participating Employer pursuant to an agreement between the Participating Employer and any other person or organization, and any person classified by the Participating Employer as an independent contractor are not eligible to participate in the Program, whether or not deemed a common-law employee.

The names of the Participating Employers that have adopted the Program appear under Additional Program Information.

## WHEN YOUR COVERAGE BECOMES EFFECTIVE

**Participating Employers Other than Monumental Life Division Career Agency Field Managers and Agents**
Your Short-Term Disability Program coverage is effective the first of the month following the date you begin Active Service. The Program bases your benefit amount on your Years of Service with the Participating Employer. If you are not Actively at Work on the date coverage would otherwise be effective, it will be effective on the day you return to Active Service.

**Monumental Life Division Career Agency Field Managers and Agents**
Your Short-Term Disability Program coverage is effective the first of the month following the first anniversary date of the date you begin Active Service. The Program bases your benefit amount on your Years of Service with the Participating Employer. If you are not Actively at Work on the date coverage would otherwise be effective; it will be effective on the day you return to Active Service.

**Rehired Regular, Full-Time and Regular, Part-Time, Benefits-Eligible Employees (other than Monumental Life Division Career Agency Field Managers and Agents):**
Upon rehire, the effective date of coverage will be the first of the month following the date you return to Active Service.

**Rehired Regular, Full-Time and Regular, Part-Time, Benefits-Eligible Monumental Life Division Career Agency Field Mangers and Agents:**
If upon rehire, you qualify for bridging of service according to the Participating Employer's bridging of service policy, the effective date of coverage will be the first of the month following the date you return to Active Service. If upon rehire, you do not qualify for bridging of service according to the Participating Employer's bridging of service policy, the effective date of coverage will be the first of the month following the first anniversary date of the date you returned to Active Service.

# *Short-Term Disability Benefits*

## WHEN YOU MAY RECEIVE SHORT-TERM DISABILITY BENEFITS

If you are eligible to receive Short-Term Disability benefits, they will begin after you have been unable to work for seven consecutive calendar days, the "elimination period." The elimination period includes weekend days. Various Paid Time-Off programs exist at the Participating Employers to satisfy the elimination period. If you have used all of your applicable Paid Time-Off benefits before satisfying the elimination period, you will not receive pay for all or a part of the elimination period.

If you are Partially Disabled during the elimination period, your applicable Paid Time-Off may be prorated in half-day increments.

*Special Transamerica Life Rule*: If you were hired as a Life Investors Insurance Company of America ("Life Investors" is now known as "Transamerica Life Insurance Company") employee before January 1, 1991, you must use any accumulated days from the previous Life Investors Sick Leave Plan before you use your Short-Term Disability benefits.

*Special Transamerica Corporation Rule*: If you were hired as a Transamerica Corporation employee before January 1, 2001, you must use any accumulated days from the previous Transamerica Sick Leave Plan before you use your Short-Term Disability benefits.

## CLAIMING YOUR SHORT-TERM DISABILITY BENEFITS

The duration of your Short-Term Disability benefits will be based on approved medical necessity and your Years of Service.

**Participating Employers other than Monumental Life Division Career Agency Field Managers and Agents**
Before you receive Short-Term Disability benefits from the Program, you and your Physician will need to provide documentation of the medical condition that prevents you from working. You must complete, sign and submit an Employee Short-Term Disability Statement along with an Attending Physician's Statement to the AEGON Employee Service Center. You may obtain these forms directly from the AEGON Employee Service Center Web site at https://aesc.aegonins.com, or you may call the AEGON Employee Service Center at (866) 558-5560, and select option 1. You must return these documents to the AEGON Employee Service Center within 15 days of beginning your leave. If you fail to return these documents within 15 days of beginning your leave, the Program may delay or deny benefits.

The Program Administrator reviews claims for medical necessity and, in certain cases, the Program Administrator may require additional medical information. This may include attending an independent medical examination. If the Program Administrator approves Short-term Disability benefits, the Program may require periodic medical re-certification to continue your benefits.

When you are ready to return to work, your Physician will need to provide you with a signed release allowing you to return to work and listing any Physician prescribed restrictions. You cannot return to work without a signed release from your Physician.

**Monumental Life Division Career Agency Field Managers, Agents and Office Administrators**
If you are a Monumental Life Division Career Agency Field Manager, Agent or Office Administrator, you must call CIGNA (800-36-CIGNA) after you have missed five days of work. Your benefits department will provide you with the appropriate procedures to follow.

*Short-Term Disability Program*

## PARTIAL DISABILITIES

The Program provides Short-Term Disability benefits for Partial Disability based on the same medical certification requirements indicated above. Partially Disabled means that, because of Illness or Injury, you are unable to perform all of the material duties of your Regular Job on a full-time basis, but you can perform at least one of the material duties of your Regular Job on a part-time or full-time basis.

You will receive benefits for Partial Disability on a prorated basis according to the hours you normally work each day. The Program pro-rates Short-Term Disability benefits in half-day increments. For example, if you are only able to work four hours each day, you will receive pay at your normal rate for the hours you worked and be eligible for four hours of Short-Term Disability benefits.

## RECURRENT PERIOD OF DISABILITY

Disability benefits are payable for each single period of Disability.

If you are receiving benefits under the Short-Term Disability Program, successive periods of Disability due to Injuries received in the same accident, or due to the same or a related Illness, will be considered one period of Disability unless the periods of Disability are separated by your return to Active Service for at least six months.

## OTHER INFORMATION ABOUT SHORT-TERM DISABILITY

You may continue your other benefits while you are Disabled. You receive Short-Term Disability benefits through the regular payroll process. The Program Administrator will deduct applicable contributions from your Short-Term Disability payment. If you do not receive a Short-Term Disability payment and are continuing your benefits, you must send your benefits premium payment to the AEGON Employee Service Center within the Contribution Period. Monumental Life Division Career Agency Field Managers, Agents and Office Administrators must send benefits premium payments to the Monumental Life Insurance Employee Benefits Department at Two East Chase Street, MS 54, Baltimore, Maryland 21202.

You also may be eligible for disability income benefits in some states and you must apply for them. The Program Administrator will reduce your Short-Term Disability benefits by disability income benefits you may receive from another source.

## TERMINATION OF SHORT-TERM DISABILITY BENEFITS

Benefits will end on the earliest of the following dates:

- the date the Claims Administrator determines you are not Disabled;
- the end of the Short-Term Disability benefit period;
- the date you die;
- the date you retire;
- the date you are no longer receiving Appropriate Care;
- the date you fail to cooperate with the Claims Administrator in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable. It also includes the date you refuse to submit to an independent medical examination, functional capacities assessment, or any other assessment requested by the Claims Administrator;
- the date you fail to notify the Claims Administrator of income from employment or any other source within a reasonable time or you do not provide income-related information as requested by the Claims Administrator; or
- the date you fail to repay any overpayments of Short-Term Disability benefits.

# *When Coverage Ends*

## SHORT-TERM DISABILITY

Your Short-Term Disability coverage ends on the *earliest* of the following:

- the date you terminate employment with the Participating Employer for any reason;
- the date you no longer qualify for coverage as an eligible employee;
- the date the Company terminates the Program for your employment classification; or
- the date the Company elects to discontinue the coverage.

If you are receiving benefits when your Short-Term Disability coverage ends, your benefits will continue as if the Short-Term Disability Program remains in force.

## CONTINUATION OF COVERAGE DURING AN APPROVED LEAVE OF ABSENCE GRANTED UNDER THE FAMILY AND MEDICAL LEAVE POLICY

If the Participating Employer grants you an approved leave in accordance with the Family and Medical Leave Act of 1993 (FMLA), you may continue your coverage under the Program.

Coverage will not be continued beyond the *earliest* to occur of the date:

- you inform your Participating Employer that you do not intend to return from FMLA leave;
- you exhaust your FMLA leave entitlement and terminate your employment;
- the Participating Employer determines your approved FMLA leave is terminated;
- coverage is discontinued as to your eligible class; or
- the Company elects to discontinue the Plan.

If you are eligible for leave under FMLA, your time away from work while receiving Short-Term Disability benefits will be applied toward the time available to you under FMLA. Refer to your Employee Handbook for additional FMLA information.

## MILITARY SERVICE

If you leave for, have an extended deployment or return from military service, you may have special rights under the Program. Please contact the AEGON Employee Service Center for more information.

## CONVERSION

There is no conversion available for the Short-Term Disability coverage.

# *Additional Short-Term Disability Claim Information*

## MISSTATEMENT OF FACT

If there is a misstatement of fact affecting your coverage under the Short-Term Disability Program, the correct information will be used to determine the coverage or benefits due.

## RIGHT OF REIMBURSEMENT AND SUBROGATION

The Short-Term Disability Program shall not be liable for expenses incurred by a covered person for covered services that are the obligation or liability of another party or that are covered by other insurance policies such as, but not limited to, auto insurance policies, including uninsured or underinsured auto coverages. However, as a convenience to you and your covered dependents, and subject to the provisions of this section of the Short-Term Disability Program, the Program will initially pay for such expenses, if they would otherwise be covered by the Program.

Immediately upon paying or providing any covered benefit, the Short-Term Disability Program shall have an equitable lien on the amounts paid and be subrogated to all rights of recovery the covered person has against any Third Party, to the extent of the benefits provided. In addition, if a covered person receives any payment from any Third Party as a result of an Illness or Injury, excluding malpractice settlements, the Short-Term Disability Program has the right to recover from the covered person all amounts the Program has paid as a result of that Injury, up to the amounts the covered person has received from all Third Parties and shall have a lien on the settlement or judgment for that purpose.

The covered person shall do nothing to prejudice the Program's subrogation or reimbursement rights and shall, when requested, cooperate with the Program's efforts to recover the benefits paid under the Program. It is the duty of the covered person to notify the Claims Administrator when any notice is given to any party, including an attorney, of the intention to pursue or investigate a claim to recover damages due to injuries sustained by the covered person. The covered person (or person authorized by law to represent the covered person if he or she is not legally capable) shall execute and deliver any documents that are required and do whatever else is necessary to secure such rights.

The Program will have the right to initiate legal action in the name of the covered person against the Third Party to recover expenses the Program has paid. The recovery may include other reasonable expenses, including the Program's legal expenses. However, the Program is not required to participate in or pay attorney fees, court costs or expenses to the attorney hired by the covered person to pursue the covered person's damage claim.

The covered person acknowledges that the Short-Term Disability Program's subrogation and reimbursement rights are a first priority claim against all potentially liable parties and are to be paid out of any settlement or judgment before any other claim for the covered person's other damages. The Short-Term Disability Program shall be entitled to full reimbursement first from Third Party payments even if the remainder is insufficient to make the covered person whole or compensate the covered person in part or in whole for the damages sustained. However, no claim shall attach to a recovery made for lost wages.

The entire subrogation and reimbursement provision will apply regardless of whether liability for payment is admitted by the Third Party and regardless of whether the settlement or judgment received by the covered person identifies the benefits the Program provided.

## RIGHT TO RECOVERY OF OVERPAYMENTS

If an overpayment of benefits is made by the Claims Administrator under the Short-Term Disability Program to, or on behalf of you, the Claims Administrator has the right to:

- require a lump sum payment of the overpaid amount;
- reduce any amount payable under the Program; and/or
- take any appropriate collection activity available to it.

If an overpayment is due when you die, any benefits payable under the Program will be reduced to recover the overpayment.

Failure to reimburse any overpayments made to you under the Program will result in suspension of benefits until reimbursement has occurred.

This right does not affect any other rights of recovery the Program may have with respect to the overpayment, including taking appropriate legal action.

## YOUR RIGHT TO APPEAL DENIAL OF A CLAIM

If your claim is denied in whole or in part, you will receive a written notice of the denial. The notice will explain the reason(s) for the denial and the steps you may take to have your claim reviewed and reconsidered. This notice will include:

- the specific reasons for the denial;
- specific references to provisions of the Program upon which the denial is based;
- a description of additional information (if any) with an explanation of why the information is necessary; and
- information as to how to request review of the denial.

**Request for Review of Your Denied Claim:**
You have 60 days to request a review by the Claims Administrator of any claim for which you receive a denial notice. If you do not request a review within this time limit, you will lose your right to request a review by the Claims Administrator and, as a result, will not be able to appeal the denial to the Program Administrator. Consequently, the denial of your claim will be final.

When requesting a review of your denied claim, you or your representative should:

- send a written request for review to the Claims Administrator;
- if necessary, request and review any pertinent documents that may help with your claim; and
- clearly state your issues and comments in your written request.

The Claims Administrator will review your claim and notify you of its decision within a reasonable period of time.

**Appeal to the Program Administrator:**
If the Claims Administrator maintains the denial of your claim after your request for reconsideration, you or your authorized representative may appeal your claim to the Program Administrator. The appeal should be made as soon as possible after denial by the Claims Administrator, but not later than 60 days from the date you receive the denial of your appeal from the Claims Administrator. Your appeal to the Program Administrator should be in writing and should include all the information that you previously submitted to the Claims Administrator, as well as any new and pertinent information that you may have. The Program Administrator will review your claim and notify you of its decision within a reasonable period of time.

If the Program Administrator upholds the denial, you will be notified of:

- the reason(s) for the denial; and
- the provisions upon which the denial is based.

The Program Administrator's decision is final.

## PROGRAM ADMINISTRATION

The Program Administrator for the Short-Term Disability Program is the Company. The Company decides all appeals under the Program and determines eligibility to participate in the Program. All appeals should be addressed to:

AEGON Employee Service Center
4333 Edgewood Road NE, MS 3830
Cedar Rapids, IA 52499

If you are a Monumental Life Division Career Agency Field Manager, Agent or Office Administrator, the Claims Administrator will make the initial determination of first level appeal under the Program. The Claims Administrator is Life Insurance Company of North America.

## LEGAL ACTION

You cannot bring legal action to recover any benefits after two years have passed since you received an initial adverse benefit determination. You must exhaust all administrative remedies under the Program prior to bringing an action to recover benefits under the Program.

## RESTRICTION ON VENUE

A participant or beneficiary shall bring an action in connection with the Program only in Cedar Rapids, Iowa.

## AGREEMENT TO PAY

Any participant or beneficiary who files a lawsuit in violation of the Plan venue provision or limitations of action provision shall be liable for and agrees to pay any costs and fees (including reasonable attorney fees) due to the litigation being filed outside the Plan provision-selected venue and/or outside the Plan provision-selected limitation period.

## QUESTIONS REGARDING THE CLAIMS PROCESS

If you have additional questions about filing claims, contact the AEGON Employee Service Center.

*Short-Term Disability Program*

# *Miscellaneous Provisions*

## NO GUARANTEE OF EMPLOYMENT

The Program and this Program Information Summary do not constitute an employment agreement between you and the Participating Employer. Nothing in the Program or this Program Information Summary gives participants the right to continue employment with the Participating Employer or limits any rights the Participating Employer has to discipline employees or terminate their employment with the Participating Employer.

## NO VESTED RIGHT TO BENEFITS

No individual participating in or covered by the Program has any vested right to receive, or to continue to receive, Program benefits.

## CORRECTION OF ERRORS

In the event amounts are credited or reimbursements made in error, the Program Administrator will correct such errors as soon as reasonably practicable in accordance with nondiscriminatory rules established by the Program Administrator and applied consistently to similarly situated individuals.

## NO ASSIGNMENT

To the extent permitted by law, no participant or person can assign, alienate, sell, transfer, garnish, execute or encumber a Plan benefit of any kind, and any attempt to do so shall be null and void.

## PROGRAM ADMINISTRATOR AUTHORITY

The Program Administrator has the sole discretion to interpret the Program and to decide all matters arising in connection with the administration of the Program, including sole and complete discretionary authority to make all factual determinations and to determine eligibility and benefits due under the Program. The decisions of the Program Administrator will be final and conclusive with respect to all questions relating to the Program.

The Program Administrator may adopt rules and procedures for the administration of the Program and may delegate any of its administrative responsibilities and duties to any person or persons, as it determines necessary for the efficient administration of the Program.

*Short-Term Disability Program*

# Amendment or Termination of the Program

## THE COMPANY RESERVES THE RIGHT TO AMEND

The Company, in its sole discretion, reserves the right, at any time and from time-to-time, and retroactively if deemed necessary or appropriate, to amend any or all of the provisions of the Program.

No amendment to the Program, specifically including a Program amendment with a retroactive effective date, may negate or reduce a benefit to which you or your beneficiaries were entitled under the Program on account of a claim incurred prior to the Program amendment.

## THE COMPANY RESERVES THE RIGHT TO TERMINATE

The Company, in its sole discretion, reserves the right to terminate the Program, in whole or in part, at any time.

## Additional Program Information

| | |
|---|---|
| Program Sponsor | AEGON USA, LLC<br>4333 Edgewood Road NE<br>Cedar Rapids, IA 52499<br><br>(319) 355-8511 |
| Employer Identification Number | 42-1310237 |
| Program Administrator | AEGON USA, LLC<br>4333 Edgewood Road NE<br>Cedar Rapids, IA 52499<br><br>(319) 355-8511 |
| Claims Administrator for<br>Monumental Life Division Career Agency Field<br>Managers, Agents and Office Administrators | Life Insurance Company of North America<br>Special Benefits Division<br>1600 West Carson Street<br>Pittsburgh, PA 15219<br><br>(800) 238-2125 |
| Program Year | Calendar Year |
| Agent for Service of Legal Process | AEGON USA, LLC<br>4333 Edgewood Road NE<br>Cedar Rapids, IA 52499 |
| Program Name | AEGON Companies Short-Term Disability Program |
| Participating Employers<br>(have adopted this Program) | AEGON Direct Marketing Services, Inc.<br>AEGON USA Realty Advisors, Inc.<br>Clark Consulting, Inc.<br>Monumental Life Insurance Company<br>Stonebridge Life Insurance Company<br>Transamerica Capital, Inc.<br>Transamerica Financial Life Insurance Company<br>Transamerica Investment Management, LLC<br>Transamerica Life Insurance Company<br>Western Reserve Life Assurance Co. of Ohio<br>World Financial Group, Inc. |

*Short-Term Disability Program*

# *Glossary of Terms*

| | |
|---|---|
| Active Service / Actively at Work | An employee will be considered in Active Service (Actively at Work) on a day that is a scheduled workday if either of the following conditions are met. <br><br> 1. He or she is actively at work. This means the employee is performing his or her Regular Job on his or her regularly scheduled basis, either at the usual place of business or at some location to which the business requires the employee to travel. <br> 2. The day is a scheduled holiday or vacation day. <br><br> An employee is considered in Active Service on a day that is not a scheduled workday only if he or she was in Active Service on the preceding scheduled work day. |
| Appropriate Care | Appropriate Care means the determination of an accurate and medically supported diagnosis of the Disability by a Physician and a plan established by a Physician of ongoing medical treatment and care of the Disability that conforms to generally accepted medical standards, including frequency of treatment and care. |
| Basic Monthly Earnings | The Program bases benefits on your Basic Monthly Earnings, which include your regular wages. <br><br> **Monumental Life Division Career Agency Field Managers and Agents** <br><br> The Program determines regular wages as the average compensation for the most recently completed 24 performance periods excluding annual Bonus and TPA Commissions. <br><br> **Commissioned Employees of Clark Consulting, Inc.** <br><br> Basic Monthly Earnings is monthly base salary plus the average of the most recent 24 months (or part thereof) Commissions. <br><br> **Commissioned Employees of Transamerica Capital, Inc. whose names and titles are on file with the AEGON Employee Service Center** <br><br> Basic Monthly Earnings is monthly base salary plus the average of the most recent 24 months (or part thereof) Commissions. <br><br> **For All Other Partially or Fully Commissioned Employees, whose names and titles are on file with the AEGON Employee Service Center** <br> Basic Monthly Earnings is: <br><br> - if you do not have a full Calendar Year of employment, your monthly pay rate or salary, excluding shift differential, plus your monthly introductory allowance if any; or <br> - if you have a full Calendar Year of employment, the monthly average of your prior Calendar Year's earnings. <br><br> In all categories above, Basic Monthly Earnings exclude Bonuses, cash awards, expense allowances, shift differential, overtime pay, goal sharing, variable pay, stock option earnings, other incentive items or other extra pay items. |

*Short-Term Disability Program*

| | |
|---|---|
| Bonus | A Bonus is an amount in addition to an employee's usual compensation. A Bonus is used to recognize and reward employee contributions, and is not a guaranteed payment. |
| Calendar Year | Calendar Year is the period beginning January 1 of any year and ending December 31 of that same year. |
| Claims Administrator (except Monumental Life Division Career Agency Field Managers and Agents) | AEGON Employee Service Center<br>4333 Edgewood Road NE, MS 3830<br>Cedar Rapids, IA 52499<br><br>Toll-free: (866) 558-5560<br>Local: (319) 355-5560<br>Fax: (877) 355-5573 |
| Claims Administrator (Monumental Life Division Career Agency Field Managers, Agents and Office Administrators) | Life Insurance Company of North America<br>Special Benefits Division<br>1600 West Carson Street<br>Pittsburgh, PA 15219<br>(800) 238-2125 |
| Commission | A Commission is a percentage paid of the total money received for transacting a piece of business or performing a service. |
| Company | Company means AEGON USA, LLC |
| Contribution Period | The period of time in which the employee must pay any required contributions toward the cost of other benefit plans. As a rule, all contributions are due the first day of the month for which coverage applies. Coverage will be terminated for non-payment if contributions are not received within 31 days of the date due. |
| Co-op Student | A participant in a high school or university work / study program who is selected to gain practical experience in a field related to his or her studies. |
| Disability / Disabled | You will be considered Disabled if you are unable to perform the regular duties of your Regular Job due to an Illness or Injury. You must be under the care of a Physician |
| Illness | Any physical or Mental Illness. |
| Injury | Any accidental loss or bodily harm which results directly and independently from all other causes. |
| Intern | An employee whose position is through the Participating Employer's formal cooperative / internship program. |
| Mental Illness | A disease commonly understood to be a mental or emotional disorder, as defined in the latest edition of the American Psychiatric Association Diagnostic and Statistical Manual, whether or not it has a physiological or organic basis and for which treatment is generally provided by, or under the direction of, a mental health professional such as a Psychiatrist, Psychologist or psychiatric social worker. A Mental Illness includes, but is not limited to: schizophrenia, bipolar disorder, pervasive mental development disorder (autism), panic disorder, major depression, psychotic depression, post-traumatic stress disorder, multiple personality disorder or obsessive compulsive disorder. |

*Short-Term Disability Program*

| | |
|---|---|
| Non-Occupational | Unrelated to an employee's Regular Job and away from an employee's place of employment. |
| Occupational | Related to an employee's Regular Job or place of employment. |
| On-Call Employee | An employee whose position does not have a regular work schedule. |
| Paid Time-Off | Paid Time-Off policies vary by Participating Employer. Contact the AEGON Employee Service Center for more information concerning the Paid Time-Off that may be available to you. |
| Partial Disability / Partially Disabled | You will be considered Partially Disabled if due to Injury or Illness:<br>• you are unable to perform all of the material duties of your Regular Job on a full-time basis as determined by the Claims Administrator; but<br>• you are able to perform at least one of the material duties of your Regular Job on a part-time or full-time basis. |
| Participating Employers | Participating Employers means AEGON USA, LLC and all of the legal entities which are part of a controlled group with AEGON USA, LLC, and which have adopted the Program for their eligible employees. |
| Physician | Any practitioner acting within the scope of his or her license in providing medical care. This includes the following:<br>• Doctor of Medicine (M.D.);<br>• Doctor of Osteopathy (D.O.);<br>• Dental Surgeon (D.D.S.);<br>• Podiatrist or Surgical Chiropodist (D.P.M. or D.S.C.); and<br>• Chiropractor (D.C.).<br><br>It does not include an employee, an employee's spouse, the immediate family (including parents, children, siblings or spouses of any of the foregoing, whether the relationship derived from blood or marriage), or a person living in an employee's household. |
| Program | The AEGON Companies Short-Term Disability Program. |
| Program Administrator | AEGON USA, LLC<br>4333 Edgewood Road NE<br>Cedar Rapids, IA 52499 |
| Program Year | The Program Year is a Calendar Year, January 1 through December 31. |
| Regular, Benefits-Eligible, Part-Time Employee | An employee who is scheduled to work less than the Participating Employer's full-time workweek but at least 20 hours per week, and whose position is at-will. |
| Regular, Full-Time Employee | An employee who is scheduled to work the Participating Employer's full-time workweek, and whose position is at-will. |
| Regular, Non-Benefits-Eligible, Part-Time Employee | An employee who is scheduled to work for a Participating Employer less than 20 hours per week, and whose position is at-will. |
| Regular Job | The job the employee routinely performs at the time the Disability begins. |

| | |
|---|---|
| Short-Term Disability (STD) Program | The Program sponsored by AEGON USA, LLC to provide eligible employees with income protection if they are unable to perform the duties of their Regular Job for an extended period of time due to Illness or Injury. |
| Temporary Employee | An at-will employee whose position has a definite end. |
| Third Party | Third Party means any party possibly responsible for a covered person's injuries or any insurance company, including but not limited to, companies providing uninsured motorist coverage, underinsured motorist coverage, personal umbrella coverage or no-fault automobile insurance coverage. |
| Total Disability / Totally Disabled | You are considered Totally Disabled if because of Illness or Injury:<br>• you are under the professional care and regular attendance of a licensed Physician; and<br>• you are unable to perform the substantial and material duties of your Regular Job in the usual manner. |
| Years of Service | The number of continuous complete 12 consecutive months of employment with the Participating Employer, beginning on the date you begin Active Service and continuing until the date of termination. If you work for the Participating Employer as a Regular, Full-Time Employee or a Regular, Benefits-Eligible Part-Time Employee for at least one complete 12 consecutive month period, then voluntarily terminate with proper notice as described in the Participating Employer's resignation policy, and are later rehired by the Participating Employer as a Regular, Full-Time Employee or a Regular, Benefits-Eligible Part-Time Employee within 36 months of your termination date, the date you began Active Service for measuring Years of Service will be adjusted so as to treat your service prior to termination as continuous with the service after you are rehired. In measuring Years of Service, no credit will be given for the period between the date of termination and the date you are rehired by the Participating Employer. For further information, see the Participating Employer's bridging of service policy. |