



# AEGON USA, Inc.
## Short-Term Disability Program

**Program Information Summary**
**Effective January 1, 2004**



## *Additional Program Information*

| | |
|---|---|
| Program Sponsor | AEGON USA, Inc.<br>4333 Edgewood Road NE<br>Cedar Rapids, IA 52499<br><br>319-398-8511 |
| Employer Identification Number | 42-1310237 |
| Program Administrator | AEGON USA, Inc.<br>4333 Edgewood Rd, NE<br>Cedar Rapids, IA 52499<br><br>319-398-8511 |
| Program Year | Calendar Year |
| Agent for Service of Legal Process | AEGON USA, Inc.<br>4333 Edgewood Rd, NE<br>Cedar Rapids IA 52499 |
| Program Name | AEGON USA, Inc. Short-Term Disability Program |
| Participating Employers<br>(have adopted this Program) | AEGON Direct Marketing Services, Inc.<br>AEGON USA Realty Advisors, Inc.<br>Life Investors Insurance Company of America<br>Monumental Life Insurance Company<br>Peoples Benefit Life Insurance Company<br>Stonebridge Life Insurance Company<br>TCFC Employment, Inc.<br>Transamerica Capital, Inc.<br>Transamerica Financial Life Insurance Company<br>Transamerica Investment Services, Inc.<br>Transamerica Investment Management, LLC<br>Transamerica Leasing, Inc.<br>Transamerica Life Insurance Company<br>Transamerica Occidental Life Insurance Company<br>Western Reserve Life Assurance Co. of Ohio<br>World Financial Group, Inc. |