

**AEGON Companies**
**Long-Term Disability Plan**

**Summary Plan Description**
**Effective January 1, 2009**

38000 10/09



EXHIBIT 2

*Long Term Disability Plan*

# Table of Contents

**Long-Term Disability Plan Introduction** ........................................................................................ 1

**Long-Term Disability Benefits** ...................................................................................................... 2
 Cost of Coverage ................................................................................................................................ 2

**Eligibility, Enrollment and Effective Date** ................................................................................... 3
 Employee Eligibility .......................................................................................................................... 3
 When Your Coverage Becomes Effective .......................................................................................... 3
 When You May Receive Long-Term Disability Benefits .................................................................. 4
 Your Basic Monthly Earnings ........................................................................................................... 5
 Your Benefit Amount ......................................................................................................................... 5
 Tax Considerations ............................................................................................................................ 6
 Duration of Long-Term Disability Benefits ...................................................................................... 6
 Mental Illness, Alcoholism and Drug Abuse Limitation .................................................................. 6
 Work Incentive Benefit ...................................................................................................................... 7
 Pre-Existing Condition Limitation .................................................................................................... 7
 Survivor Benefit ................................................................................................................................. 7
 Exclusions ......................................................................................................................................... 8

**Other Information about the Long-Term Disability Plan** ............................................................ 9
 Effect of Other Income on Benefits ................................................................................................... 9
 Assumed Receipt of Benefits ............................................................................................................. 9
 Lump Sum Benefits ......................................................................................................................... 10
 Increase in Other Income Benefits .................................................................................................. 10
 Successive Periods of Disability ...................................................................................................... 10
 Rehabilitation during a Period of Disability .................................................................................... 11
 Spouse Rehabilitation Plan .............................................................................................................. 11

**When Coverage Ends** ................................................................................................................... 12
 Long-Term Disability ...................................................................................................................... 12
 Continuation of Coverage during an Approved Leave of Absence Granted under the Family and
     Medical Leave Policy ................................................................................................................. 12
 Continuation of Coverage Under USERRA ..................................................................................... 13
 Conversion ....................................................................................................................................... 14

**Claiming Your Benefits** ............................................................................................................... 15
 Time of Payment and to Whom Payable .......................................................................................... 15
 Termination of Long-Term Disability Benefits ............................................................................... 15
 Misstatement of Fact ....................................................................................................................... 16
 Right of Reimbursement and Subrogation ...................................................................................... 16
 The Plan's Right to Recovery of Overpayments .............................................................................. 17
 Your Right to Appeal Denial of a Claim ......................................................................................... 17
 Plan Administration ......................................................................................................................... 18
 Legal Action .................................................................................................................................... 18
 Restriction on Venue ....................................................................................................................... 19
 Agreement to Pay ............................................................................................................................ 19
 Questions Regarding the Claims Process ......................................................................................... 19

**Miscellaneous Provisions** ............................................................................................................ 20
 No Guarantee of Employment ......................................................................................................... 20
 No Vested Right to Benefits ............................................................................................................ 20

*Long Term Disability Plan*

Correction of Errors.................................................................................................................20
No Assignment...........................................................................................................................20
Plan Administrator Authority ..................................................................................................20

**Amendment or Termination of the Plan**...........................................................................**21**
The Company Reserves the Right to Amend...........................................................................21
The Company Reserves the Right to Terminate .....................................................................21

**Your Rights under ERISA** ..................................................................................................**22**
Statement of ERISA Rights......................................................................................................22
Additional ERISA Information ................................................................................................23

**Glossary of Terms**................................................................................................................**25**

# *Long-Term Disability Plan Introduction*

AEGON USA, LLC (the "Company") has adopted the AEGON Companies Long-Term Disability Plan (the "LTD Plan" or "Plan"). This document constitutes the Plan Document and is a Summary Plan Description ("SPD") for the provisions of the Long-Term Disability Plan in effect as of January 1, 2009.

Benefits and other terms and conditions described in this SPD are effective only if you are eligible to participate and become a participant in accordance with the terms of the Plan. This SPD also serves as the Plan Document with respect to participation requirements and benefits coverage.

The Company provides the benefits described in this SPD to you in return for the services that you perform.

If you elect the Optional Long-Term Disability Coverage, you will pay for the cost of coverage with after-tax payroll deductions. The rate sheet, which is available from the AEGON Employee Service Center, has information about a participant's cost for Plan coverage.

This document describes the provisions of the Long-Term Disability Plan that are in effect January 1, 2009. The SPD and the insurance policy issued by Life Insurance Company of North America, a CIGNA Company, ("Claims Administrator" or "Insurer") constitute the AEGON Companies Long-Term Disability Plan for purposes of ERISA.

Participation in the Plan described in this SPD does not create or constitute an express or implied employment contract for a definite term nor does such participation guarantee a right to any benefits, except as specifically provided in the Plan.

The Company intends to continue the Plan indefinitely. However, the Company retains the right to amend, change or terminate the Plan described in this SPD at any time. If the Company should amend, change or terminate the Plan while you are a participant, the Company will notify you of the effect on your benefits or coverage. The Company, in its sole discretion, can amend, change or terminate the Plan without the consent of any participant or any other individual. No person has the authority to make verbal statements of any kind that (i) are legally binding on the Company or (ii) alter the actual Plan documents.

The Glossary of Terms, at the end of this SPD, defines certain capitalized words or phrases that appear throughout this SPD. While every effort has been made to make this SPD as accurate as possible, if there are inconsistencies between this SPD and the terms of the insurance certificates, policies or contracts that provide benefits under the Plan, the terms of the insurance certificates, policies or contracts will govern.

If you have questions, please contact the AEGON Employee Service Center for assistance.

AEGON Employee Service Center
4333 Edgewood Road NE, MS 3830
Cedar Rapids, IA 52499
Toll-free: (866) 558-5560
Local: (319) 355-5560
Fax: (877) 355-5573
Internal e-mail address: <u>AEGON Employee Service Center</u>
External e-mail address: <u>aegonempsrvctr@aegonusa.com</u>
Hours of operation: 7:30 a.m. - 5:30 p.m. Central time, Monday through Friday

# *Long-Term Disability Benefits*

The Participating Employer provides a Basic Long-Term Disability benefit equal to 50 percent of your Basic Monthly Earnings for disabilities that continue beyond 180 continuous calendar days.

You also have the opportunity to increase your Long-Term Disability benefit by 10 percent through the purchase of Optional Long-Term Disability coverage for a total benefit, along with other sources of income, of up to 60 percent of your Basic Monthly Earnings

The maximum benefit from the Long-Term Disability Plan is $25,000 per month.

If your Disability begins when you are age 62 or younger, Long-Term Disability benefits are payable until you reach age 65 or the date the 42nd monthly benefit is payable, if later. If your Disability begins at age 63 or after, benefits are payable as shown on the chart under the section titled Duration of Long-Term Disability Benefits. However, the Plan determines the period for which benefits are available based on your age at your initial date of Disability and whether or not your Disability is due to either Mental Illness, alcoholism or drug abuse.

Long-Term Disability benefits are subject to a Pre-Existing Condition Limitation.

| Long-Term Disability Benefits | |
|---|---|
| **Basic Long-Term Disability Coverage** (automatically provided to all eligible employees) | 50% of Basic Monthly Earnings |
| **Optional Long-Term Disability Coverage** (supplemental benefit eligible employees can purchase) | 10% of Basic Monthly Earnings |

## Cost of Coverage

The Participating Employer pays the full cost of the Basic Long-Term Disability coverage under the Plan. Your cost for the Optional Long-Term Disability Coverage under the Plan is paid through after-tax payroll deductions.

If you become Disabled, you will be required to continue your contributions for the Optional Long-Term Disability Coverage until you qualify for benefits under the Long-Term Disability Plan. Once you begin receiving benefits from the Long-Term Disability Plan, the Company will waive your required contributions and your coverage under the Plan will remain in effect at no cost to you. The waiver of contributions will continue for as long as you qualify for benefits under the Long-Term Disability Plan.

# *Eligibility, Enrollment and Effective Date*

## Employee Eligibility

You are eligible for the Long-Term Disability Plan if the Participating Employer employs you as a Regular, Full-Time Employee or as a Regular, Benefits-Eligible, Part-Time Employee.

You are not eligible to participate if the Participating Employer employs you as a Regular, Non-Benefits-Eligible Part-Time Employee, a Temporary Employee, an Intern, a Co-op Student, an On-Call Employee or a member of a collective bargaining unit for which benefits have been the subject of good faith negotiation, unless the Participating Employer and the collective bargaining unit representative, through the process of good faith bargaining, agree to coverage under the Plan.

Leased employees, nonleased persons who provide services to the Participating Employer pursuant to an agreement between the Participating Employer and any other person or organization, and any person classified by the Participating Employer as an independent contractor are not eligible to participate in the Plan, whether or not deemed a common-law employee.

The names of the Participating Employers that have adopted the Plan for their eligible employees are found in the section entitled Your Rights under ERISA.

## When Your Coverage Becomes Effective

**Initial Enrollment Election**
When you are first eligible for the Long-Term Disability Plan, you will receive enrollment information. If you are not Actively at Work on the effective date described below, your coverage will be effective on the day you return to Active Service with the Participating Employer.

**Regular, Full-Time and Regular, Benefits-Eligible, Part-Time Employee (other than Monumental Life Division Career Agency Field Managers and Agents).** Your Basic Long-Term Disability Coverage will be effective on the first of the month following the date you begin Active Service.

If you want the Optional Long-Term Disability Coverage, you must enroll within 31 days of the date you begin Active Service. If you fail to enroll within the 31-day period, the Company will assume you have elected to waive the Optional Long-Term Disability Coverage. You will not be allowed to make an election until the next annual enrollment period.

The Optional Long-Term Disability Coverage will be effective on the first of the month following the date you begin Active Service, provided you elect coverage and the AEGON Employee Service Center receives your enrollment request within 31 days of the date you began Active Service.

**Rehired Regular, Benefits-Eligible, Employees (other than Monumental Life Division Career Agency Field Managers and Agents)**
If a Participating Employer rehires you and you report for Active Service within 30 days of your termination of employment and within the same Calendar Year, the Company will automatically reinstate your prior election for the remainder of the Calendar Year.

If a Participating Employer rehires you and you report for Active Service within the same Calendar Year, but more than 30 days after your termination of employment, you may submit a new election for the Optional Long-Term Disability coverage to the AEGON Employee Service Center within 31 days of the date you return to Active Service.

- 3 -

The effective date of coverage will be the first of the month following the date you return to Active Service. If you fail to submit a new election to the AEGON Employee Service Center within 31 days of the date you return to Active Service, you cannot make a new election until the next annual enrollment period.

**Career Agency Field Manager and Agents of Monumental Life Division**
Your Basic Long-Term Disability Coverage will be effective on the first of the month following the first anniversary of the date you began Active Service.

If you desire the Optional Long-Term Disability Coverage, you must enroll within 31 days of the date you begin Active Service. If you fail to enroll within the 31-day period, the Company will assume you have elected to waive the Optional Long-Term Disability Coverage. You cannot make an election until the next annual enrollment period.

The Optional Long-Term Disability Coverage for a Career Agency Field Manager or Agent will be effective on the first of the month following the first anniversary of the date you began Active Service, provided you elect coverage and enroll within 31 days after the date you began Active Service.

**Rehired Regular, Benefits-Eligible, Monumental Life Division Career Agency Field Managers and Agents**
If upon rehire, the Participating Employer bridges your service according to the Participating Employer's bridging of service policy, the effective date of coverage will be the first of the month following the date you return to Active Service.

If upon rehire, the Participating Employer does not bridge your service because it is not eligible according to the Participating Employer's bridging of service policy, the effective date of coverage will be the first of the month following the first anniversary date of the date you return to Active Service.

## When You May Receive Long-Term Disability Benefits

If you become Disabled, you may begin to receive Long-Term Disability benefits after an elimination period of 180 continuous calendar days. The elimination period begins on the first day of Disability and continues until you are eligible to begin Long-Term Disability benefits.

For the purposes of this Plan, you (excluding pilots, co-pilots and crew) are considered Disabled if, solely because of Injury or Illness, you are either:

- unable to perform all the material duties of your Regular Occupation or a qualified alternative; or
- unable to earn 80 percent or more of your Indexed Covered Earnings.

After Disability benefits have been payable for 24 months, you (excluding pilots, co-pilots and crew) are considered Disabled if, solely due to Injury or Illness, you are either:

- unable to perform all the material duties of any occupation for which you are, or may reasonably become, qualified based on education, training or experience; or
- unable to earn 80 percent or more of your Indexed Covered Earnings.

If you are a pilot, co-pilot or crew member of a company-owned or leased aircraft, the term "Disabled" means that you are unable to carry out each of the duties of your regular job for the first year of Disability. After the first year, Disabled means you are unable to carry out the duties of any job that you are reasonably able to do with your education, skills or experience.

If your occupation requires a license of any kind, the Plan does not consider you Disabled solely because of the loss of the license.

To qualify for Long-Term Disability benefits, you must remain under the regular care of a Physician during your entire period of Disability and periodically submit to medical examinations by a Physcian selected by the Insurer.

**For purposes of the Plan, the Insurer does not use the "treating physician rule" in determining whether you have a Disability within the meaning of the Plan.**

## Your Basic Monthly Earnings

Long-Term Disability provides you with an income equal to a portion of your Basic Monthly Earnings. Your Basic Monthly Earnings is the amount you earn each month as of the day before you become Disabled. This does not include overtime or Bonuses.

**Monumental Life Division Career Agency Field Managers and Agents**
Basic Monthly Earnings under the Long-Term Disability Plan for Monumental Life Division Career Agency Field Managers and Agents are determined by taking the monthly average earnings for the most recently completed 48 performance periods excluding annual bonus and TPA Commissions.

**Commissioned Employees of Clark Consulting, Inc. whose names and titles are on file with the AEGON Employee Service Center**
Basic Monthly Earnings is monthly base salary plus the average of the most recent 24 months (or part thereof) Commissions.

**Commissioned Employees of Transamerica Capital, Inc. whose names and titles are on file with the AEGON Employee Service Center**
Basic Monthly Earnings is monthly base salary plus the average of the most recent 24 months (or part thereof) Commissions.

**For All Other Partially or Fully Commissioned Employees, whose names and titles are on file with the AEGON Employee Service Center**
Basic Monthly Earnings is:

- if the Participating Employer has not employed you for a full Calendar Year, your monthly pay rate or salary, excluding shift differential, plus your monthly introductory allowance if any; or
- if you have a full Calendar Year of employment, the monthly average of your prior Calendar Year's earnings.

In all categories above, Basic Monthly Earnings exclude Bonuses, cash awards, expense allowances, shift differential, overtime pay, goal sharing, variable pay, stock option earnings, other incentive items or other extra pay items.

## Your Benefit Amount

The income you receive will consist of Disability benefits from all available sources, including Long-Term Disability. Depending on your facts and circumstances, you may be eligible to receive Disability benefits from other sources such as Social Security or Workers' Compensation. If these benefits from other sources are less than the Long-Term Disability benefit amount you have elected, Long-Term Disability will pay the difference. If you are not eligible for benefits from other sources, the Plan will provide the entire monthly benefit.

Your Basic Long-Term Disability Coverage plus Optional Long-Term Disability Coverage, if elected, will equal 60 percent of your Basic Monthly Earnings up to the maximum monthly benefit of $25,000.

The Plan provides a minimum disability benefit of $100 or 10 percent of the gross benefit, whichever is greater.

## Tax Considerations

Because the Participating Employer provides you with Basic Long-Term Disability Coverage at no cost to you, this portion of your benefit payment constitutes gross income to you. If you have enrolled in the Optional Long-Term Disability Coverage of 10 percent, the increased portion of your benefit will not constitute gross income because you paid for this additional coverage with after-tax dollars.

## Duration of Long-Term Disability Benefits

If you become Disabled, you may receive a monthly Long-Term Disability benefit as long as you continue to qualify for benefits. These benefits will continue until you recover, die, reach the maximum benefit period as shown in the chart below, or no longer qualify for benefits under the Plan, whichever comes first.

| Age at Disability | Maximum Benefit Period |
|---|---|
| 62 or under | The employee's 65th birthday or the date the 42nd monthly benefit is payable, if later. |
| 63 | The date the 36th monthly benefit is payable. |
| 64 | The date the 30th monthly benefit is payable. |
| 65 | The date the 24th monthly benefit is payable. |
| 66 | The date the 21st monthly benefit is payable. |
| 67 | The date the 18th monthly benefit is payable. |
| 68 | The date the 15th monthly benefit is payable. |
| 69 or older | The date the 12th monthly benefit is payable. |

## Mental Illness, Alcoholism and Drug Abuse Limitation

The Insurer will pay Disability benefits on a limited basis during your lifetime if you become Disabled due to, or contributed to by, any one or more of the conditions listed below. If you are Disabled because of a mental illness, you may receive benefits for the lesser of 24 months or the maximum benefit period shown on the chart above. The 24 months is a lifetime maximum.

Once the Insurer pays the lesser of 24 monthly Disability benefit payments or the maximum benefit period, the Insurer will pay no further benefits for any of the following conditions:

- Alcoholism
- Anxiety disorders
- Delusional (paranoid) disorders
- Depressive disorders
- Drug addiction or abuse
- Eating disorders
- Mental illness
- Somatoform disorders (psychosomatic illness)

If, before reaching the lifetime maximum benefit, you become confined in a hospital for more than 14 consecutive days, that period of confinement will not count against the lifetime limit. The confinement must be for the Appropriate Care of any of the conditions listed above.

*Long-Term Disability Plan*

## Work Incentive Benefit

You may be capable of work for wage or profit even though you are Disabled. The Insurer will adjust your Disability benefit by the amount you are capable of earning. In any month in which you work and a Disability benefit is payable, the work incentive benefit calculation applies. It is determined as follows:

1. For each month during the first 24 months that Disability benefits are payable, the amount of the work incentive benefit equals (a) minus (b).

   (a) equals (i) minus (ii), but not more than the gross Disability benefit.

      (i) is 100 percent of Indexed Covered Earnings.
      (ii) is the sum of other income benefits including Disability Earnings (see Effect of Other Income on Benefits).

   (b) equals the calculation for Optimum Ability.

The calculation for Optimum Ability is the earnings an employee could earn if working at Optimum Ability, minus Disability Earnings.

2. After the first 24 months, the amount of benefit to be paid equals (c) minus (d).

   (c) equals the gross Disability benefit minus the sum of 50 percent of Disability Earnings and 100 percent of the remaining other income benefits.
   (d) equals the calculation for Optimum Ability.

The Insurer will, from time to time, review your status and will require satisfactory proof of earnings and continued Disability.

No Disability benefits will be paid, and insurance will end if the Insurer determines you are able to work under a Transitional Work Arrangement or other modified work arrangement and you refuse to do so without good cause.

## Pre-Existing Condition Limitation

Your Long-Term Disability benefit is subject to a Pre-Existing Condition Limitation. This means that you cannot receive Long-Term Disability benefits for a Disability due to a Pre-Existing Condition, if the Disability begins during the first year after you commence participation in the Plan. This provision applies to the effective date of your Basic Long-Term Disability coverage and any Optional Long-Term Disability Coverage you elect during an enrollment period.

A Pre-Existing Condition means any Injury or Illness for which you incurred expenses, received medical treatment, care or services including diagnostic measures, took prescribed drugs or medicines, or for which a reasonable person would have consulted a Physician within three (3) months before your most recent effective date of insurance.

The Pre-Existing Condition Limitation will apply to any increase in benefits. This limit will not apply to a period of Disability that begins after coverage has been in effect for at least 12 months after the most recent effective date, or the effective date of any increased benefits.

## Survivor Benefit

If you die while monthly Long-Term Disability benefits are payable, your eligible survivor will receive a lump sum payment equal to three times your monthly benefit. Eligible survivor means your Legally Married Spouse, or eligible dependent child(ren). If you have no Spouse, benefits will be paid in equal

shares to your surviving children under the age of 25 who are primarily dependent upon you for support and maintenance. This also includes a stepchild living with you at the time of your death.

## Exclusions

Among other exclusions, the Plan will not pay benefits for a Disability that results, directly or indirectly, from:

- suicide, attempted suicide, or self-inflicted Injury while sane or insane;
- war or any act of war, whether or not declared;
- terrorism or active participation in a riot;
- Injury or Illness while you are serving on full-time active duty in any armed forces;
- commission of a felony;
- the revocation, restriction or non-renewal of your license, permit or certification necessary to perform the duties of your occupation unless due solely to Injury or Illness otherwise covered by the insurance policy; or
- Disabilities incurred after your employment terminates.

In addition, the Insurer will not pay Long-Term Disability benefits for any period of Disability which begins while incarcerated in a penal or correctional institution.

# *Other Information about the Long-Term Disability Plan*

## Effect of Other Income on Benefits

Your Long-Term Disability Plan works with other sources of income you may be eligible to receive. Other income benefits include those due to your Disability or retirement, which are payable to you, your Spouse, your child(ren) and your dependent(s).

The Insurer will reduce benefits you receive under the Long-Term Disability Plan to the extent that you qualify for other income benefit payments which include any of the following:

- any amounts received (or assumed to be received) by you or your dependent(s) under:
  - the Canada and Quebec Pension Plans;
  - the Railroad Retirement Act;
  - any local, state, provincial or federal government Disability or retirement plan or law payable for Injury or Illness provided as a result of employment with the Participating Employer;
  - any work loss provision in mandatory "No-Fault" auto insurance;
  - any workers' compensation, occupational disease, unemployment compensation law or similar state or federal law payable for Injury or Illness arising out of work with the Participating Employer, including all permanent and temporary Disability benefits. This includes any damages, compromises or settlement paid in place of such benefits, whether or not liability is admitted;

- any Social Security Disability or retirement benefits you or any Third Party receives (or is assumed to receive) on your behalf or for your dependent(s); or which your dependents receive (or are assumed to receive) because of his or her entitlement to such benefits;

- any Retirement Plan benefits funded by the Participating Employer. "Retirement Plan" means any defined benefit or defined contribution pension plan sponsored or funded by the Participating Employer. A "Retirement Plan" does not include an individual deferred compensation agreement; a profit sharing or any other retirement or savings plan maintained in addition to a defined benefit or other defined contribution pension plan, or any employee savings plan including a thrift, stock option or stock bonus plan, individual retirement account or 401(k) plan;

- any proceeds payable under any franchise or group insurance or similar plan. If other insurance applies to the same claim for Disability, and contains the same or similar provision for reduction because of other insurance; the Insurer will pay for its pro rata share of the total claim. "Pro rata share" means the proportion of the total benefit that the amount payable under one policy, without other insurance, bears to the total benefits under all such policies;

- any amounts paid because of loss of earnings or earning capacity through settlement, judgment, arbitration or otherwise, where a Third Party may be liable, regardless of whether liability is determined; and

- any Disability Earnings. If the work incentive benefits calculation applies to you, the Insurer will only reduce your Disability benefits by Disability Earnings to the extent provided under the work incentive benefit calculation.

Dependents include any person who receives (or is assumed to receive) benefits under any applicable law because of an employee's entitlement to benefits.

*Long-Term Disability Plan*

## Assumed Receipt of Benefits

The Insurer will assume you and your dependent(s) are receiving benefits for which you are eligible from other income benefits. The Insurer will reduce your Long-Term Disability benefits by the amount from other income benefits it estimates are payable to you and your dependent(s).

The Insurer will waive the assumed receipt of other income benefits, except for Disability Earnings for work you perform while Long-Term Disability benefits are payable, if you:

1. provide satisfactory proof of application for other income benefits;
2. sign a reimbursement agreement;
3. provide satisfactory proof that you made all appeals for other income benefits unless the Insurer determines that further appeals are not likely to succeed; and
4. submit satisfactory proof that other income benefits were denied.

The Insurer will not assume receipt of any pension or retirement benefits that are actuarially reduced according to applicable law, until you actually receive them.

The Insurer may limit its waiver of assumed receipt of benefits if:

1. there is a change in factors bearing on the risk assumed, including but not limited to, a significant increase in time required by the party responsible for paying the other income benefits to determine whether other income benefits are payable; or
2. any state or Federal law or regulation is amended so that it affects the benefit obligations of the Plan.

## Lump Sum Benefits

The Insurer will prorate other income benefits or earnings paid in a lump sum over the period represented by the lump sum. If no time is stated, the Insurer will prorate the lump sum over five years.

If no specific allocation of a lump sum payment is made, then the total payment will be considered an other income benefit.

## Increase in Other Income Benefits

Any increase in other income benefits during a period of Long-Term Disability due to a cost of living adjustment will not be considered in calculating your Long-Term Disability benefits after the first reduction is made for any other income benefits. This does not apply to any cost of living adjustment for Disability Earnings.

## Successive Periods of Disability

The Plan considers a separate period of Disability continuous:

1. if it results from the same or related causes as a prior Disability for which monthly benefits were payable; and
2. if, after receiving Long-Term Disability benefits, you return to work in your Regular Occupation or a qualified alternative for less than six (6) consecutive months; and
3. if you earn less than 80 percent of Indexed Covered Earnings during at least one month.

Any later period of Disability, regardless of cause, that begins when you are eligible for coverage under another group disability plan provided by any employer will not be considered a continuous period of Disability.

For any separate period of Disability which the Insurer does not consider continuous, you must satisfy a new elimination period.

## Rehabilitation during a Period of Disability

If the Insurer determines that you are a suitable candidate for rehabilitation, the Insurer may require that you participate in a Rehabilitation Plan. The Rehabilitation Plan may allow for payment of your medical expense, education expense, moving expense, accommodation expense or family care expense while you participate in the Rehabilitation Plan. The Insurer will pay these expenses at the Insurer's discretion.

If you fail to fully cooperate in all required phases of the Rehabilitation Plan without good cause, the Insurer will end Long-Term Disability Benefits.

## Spouse Rehabilitation Plan

If you are Disabled, your Legally Married Spouse may be eligible to participate in a Spouse Rehabilitation Plan. To be eligible, you must satisfy the following conditions:

1.  you must be continuously Disabled for 12 months;
2.  your Spouse's earnings must be 60 percent or less than your covered earnings; and
3.  your Spouse must be determined to be a suitable candidate for rehabilitation.

"Spouse" means your Legally Married Spouse living with you on the date your Disability begins. The Spouse Rehabilitation Plan ends if your Spouse is no longer living with you. The Spouse's Rehabilitation Plan may include payment of the Spouse's education expense, reasonable job placement expenses and moving expenses. It may also include family care expenses, if necessary, for your Spouse to be retrained under the Rehabilitation Plan. Payment of these expenses will be at the Insurer's discretion.

The Insurer will reduce Long-Term Disability Benefits by 50 percent of your Spouse's earnings from participation in the Rehabilitation Plan. If your Spouse was working before the Spouse Rehabilitation Plan began, the Insurer will reduce Long-Term Disability benefits by 50 percent of the increase in income that results from your Spouse's participation in the Spouse Rehabilitation Plan.

# *When Coverage Ends*

## Long-Term Disability

Your Basic and Optional Long-Term Disability Coverage ends on the ***earliest*** of the following:

- the date you cease to be employed with the Participating Employer for any reason;
- the date you are no longer in Active Service (except an approved leave granted under the Participating Employer's Family and Medical Leave Policy or otherwise as required by law);
- the date you no longer qualify for coverage as an eligible employee;
- the date the Company terminates the Plan for your employment classification;
- the date the Company elects to discontinue the coverage; or
- the date you fail to repay any overpayments of benefits made under the Plan.

If you are receiving benefits when your Long-Term Disability coverage ends, your benefits will continue as if the Long-Term Disability Plan remains in force.

In addition, your Optional Long-Term Disability Coverage ends on the ***earliest*** of the following:

- the last day of the month in which you cancel your Optional Long-Term Disability Coverage by giving written notice to the AEGON Employee Service Center;
- January 1 of the following Plan Year, if you elect not to enroll during the annual enrollment period; or
- the date you fail to make any required premium contribution.

## Continuation of Coverage during an Approved Leave of Absence Granted under the Family and Medical Leave Policy

If the Participating Employer grants you an approved leave in accordance with the Family and Medical Leave Act of 1993 (FMLA), you may continue your coverage under the Plan. If you decide to continue the Optional Long-Term Disability coverage, and you are on a paid leave of absence, any required premium will be deducted from wages otherwise payable to you.

If your leave is unpaid, you must make the required contribution during the applicable Contribution Period in order to continue your Optional Long-Term Disability coverage. When you take an unpaid leave of absence the Plan Administrator requires you to pay the monthly amounts due for your benefit elections during the leave. If your leave extends beyond the end of the Plan Year, you shall be given notice of any opportunity to change your benefit elections through Annual Enrollment. If you elect to continue your benefit elections for the next Plan Year, the Plan Administrator will continue to require that you pay the monthly amounts due for your benefit elections during the leave.

During FMLA leave, you must continue to pay the same share of the cost of benefit coverage that you paid before such leave. If, while on FMLA leave, premiums are raised or lowered for other active employees, you also must pay the new premium rates. If you do not return to work following completion of the approved leave of absence, the Company may recover from you any premiums paid on your behalf while on unpaid FMLA leave, unless the failure to return to work was because of circumstances beyond your control, or because of the continuation, recurrence or onset of a serious health condition. The Company may recover its share of premiums through deductions from any sums due to you. For more information, contact the AEGON Employee Service Center.

Coverage will not be continued beyond the ***earliest*** to occur of the date:

- you inform your Participating Employer that you do not intend to return from FMLA leave;
- you exhaust your FMLA leave entitlement and terminate your employment;
- your required contribution is more than 31 days late;

*Long-Term Disability Plan*

- the Participating Employer determines your approved FMLA leave is terminated;
- coverage is discontinued as to your eligible class; or
- the Company elects to discontinue the Plan.

If you do not continue your Optional Long-Term Disability coverage during an FMLA leave, you are entitled to be reinstated upon your return from leave without any requirements to requalify, such as any waiting period, physical examination or pre-existing condition exclusion.

## Continuation of Coverage Under USERRA

If you are absent from work because of your service in the uniformed services (including Reserve and National Guard duty), you may choose to continue coverage under the provisions of the Uniformed Services Employment and Re-employment Rights Act of 1994 (USERRA).

You may be required to pay all or a portion of the cost of your Optional Long-Term Disability coverage.

- **If your military service is 31 days or less:** You are required to pay no more than your contribution cost for this period of coverage.
- **If your military service is more than 31 days:** If you are on active military leave, you may choose to continue your coverage from the Company for up to 24 months at your contribution cost.

If your USERRA Leave is a paid leave of absence, any required premium will be deducted from wages otherwise payable to you. If, while on USERRA leave, premiums are raised or lowered for other active employees, you also must pay the new premium rates.

If your leave is unpaid, you must make the required contribution during the applicable Contribution Period in order to continue your Optional Long-Term Disability benefits coverage. When you take an unpaid leave of absence, the Plan Administrator requires you to pay the monthly amounts due for your benefit elections during the leave. If your leave extends beyond the end of the Plan Year, you shall be given notice of any opportunity to change your benefit elections through annual enrollment. If you elect to continue your benefit elections for the next Plan Year, the Plan Administrator will continue to require that you pay the monthly amounts due for your benefit elections during the leave.

If you do not return from USERRA leave, the Company may recover from you any premiums paid on your behalf while on unpaid USERRA. The Company may recover its share of premiums through deductions from any sums due to you. For more information, contact the AEGON Employee Service Center.

The period of coverage ends on the earlier of:

- the end of the 24-month period starting on the day your military leave of absence begins;
- the date you do not remit a required premium payment; or
- the date your re-employment rights expire (the day after the day on which you are required, but do not, apply for or return to work). Under USERRA, you must apply to return to work within a certain time period – depending on the duration of your uniformed service, as follows:
  - **If your uniformed service is less than 31 days:** You are generally required to apply to return to work on the first full calendar day of the first full scheduled work period following your period of uniformed service. (Your period of uniformed service ends after you return from your place of service to your residence.)
  - **If your uniformed service is between 31 and 180 days:** You are generally required to apply to return to work within 14 days of your discharge.
  - **If your uniformed service is at least 181 days:** You are generally required to apply to return to work within 90 days of your discharge.

You must notify the AEGON Employee Service Center (AESC) that you will be absent from employment due to military service. You also must notify the AEGON Employee Service Center (AESC) that you want to continue coverage under the USERRA provisions. Your coverage may be canceled if you fail to give advance notice of service. You will be excused from giving notice if you cannot give notice because of military necessity or, under all relevant circumstances, notice is impossible or unreasonable.

If you are receiving USERRA coverage and are re-employed by the Participating Employer before your re-employment rights expire, and you are eligible for coverage under the Plan, your coverage shall be immediately reinstated when you are re-employed.

If you are re-employed after your re-employment rights expire, you will be treated as a new eligible employee for purposes of eligibility under the Plan.

The military leave provisions of the Plan apply only to the extent required under USERRA and are intended and shall be construed to satisfy only the minimum requirements, and do not create any rights in excess of those minimum requirements. The Plan Administrator may adopt such rules for the administration of the military leave provisions of the Plan as it deems necessary and appropriate.

## Conversion

There is no conversion available for Long-Term Disability coverage.

# *Claiming Your Benefits*

If your Disability continues for five months, you should contact the AEGON Employee Service Center to initiate your claim for Long-Term Disability benefits. The AEGON Employee Service Center will supply you with the information necessary to file your claim with the Claims Administrator. Payment of Long-Term Disability benefits is not contingent upon receiving approval for Social Security benefits. However, you must provide satisfactory proof that you have applied for Social Security Disability benefits once you have been Disabled for five continuous months in order to maintain your qualification for coverage for Long-Term Disability benefits.

In addition, you must apply for any other income benefits for which you may qualify; otherwise, the Plan can assume that you are eligible and receiving such benefits. The Insurer will calculate an estimate of other income benefits and use the calculation to reduce your Long-Term Disability benefits even if you haven't applied for the other benefits. If you fail to communicate the status of your other income benefits, including approval or denial thereof, your benefits under the Long-Term Disability Plan will cease or will be adjusted by the estimated amount of other income.

You must provide written proof of loss, or proof by any other electronic/telephonic means authorized by the Insurer, (hereinafter referred to "written proof of loss") within 90 days after the date of the loss for which you make a claim. If you do not provide written proof of loss within that 90-day period, the Insurer will not invalidate or reduce the claim if you show that you gave written proof of loss as soon as was reasonably possible. In any case, you must provide written proof of loss not more than one year after that 90-day period. If you provide written proof of loss outside of these time limits, the Insurer will deny the claim. The Insurer will not apply these time limits while you lack legal capacity to make the claim.

While you are receiving Long-Term Disability benefits, you are required periodically to provide the Insurer with supplemental medical information from your Physician documenting your continued Disability. The Insurer also may require that you be examined by an appointed Physician in order to verify your Disability. It is your responsibility to provide the documentation supporting your claim. You must provide written proof to the Insurer at intervals required by the Insurer. You must provide written proof of continued Disability and appropriate care by a Physician within 30 days of a request by the Insurer. If you refuse to submit the documentation requested by the Insurer, or if you refuse to be examined by a Physician appointed by the Insurer in order to verify your Disability, your Long-Term Disability benefits will end.

## Time of Payment and to Whom Payable

The Insurer will provide you Disability benefits at regular intervals of not less frequently than once a month.

## Termination of Long-Term Disability Benefits

Benefits will end on the earliest of the following dates:

- the date you earn 80 percent or more of your Indexed Covered Earnings;
- the date the Insurer determines you are not Disabled;
- the end of the maximum benefit period;
- the date you die;
- the date you refuse, without good cause, to fully cooperate in all required phases of the Rehabilitation Plan;
- the date you refuse, without good cause, to fully cooperate in a Transitional Work Arrangement;
- the date you are no longer receiving Appropriate Care;
- the date you fail to cooperate with the Insurer in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine if

benefits are payable and, if payable, the actual benefit amount due. It also includes the date you refuse to submit to an independent medical examination, transferable skills analysis, functional capacities assessment, or any other assessment requested by the Insurer; or

- the date you fail to notify the Insurer of income from employment or any other source within a reasonable time or you do not provide income-related information as requested by the Claims Administrator.

The Insurer may resume benefits if you begin to cooperate fully in the Rehabilitation Plan or a Transitional Work Arrangement within 30 days of the date benefits terminated.

## Misstatement of Fact

If there is a misstatement of fact affecting your coverage under the Long-Term Disability Plan, the correct information will be used to determine the coverage or benefits due.

## Right of Reimbursement and Subrogation

The Plan shall not be liable for expenses incurred by a covered person for covered services that are the obligation or liability of another party or that are covered by other insurance policies such as, but not limited to, auto insurance policies, including uninsured or underinsured auto coverages. However, as a convenience to you, and subject to the provisions of this section of the Plan, the Plan will initially pay for such expenses, if they would otherwise be covered by the Plan.

Immediately upon paying or providing any covered benefit, the Plan shall have an equitable lien on the amounts paid and be subrogated to all rights of recovery the covered person has against any Third Party, to the extent of the benefits provided. In addition, if a covered person receives any payment from any Third Party as a result of an Illness or Injury excluding malpractice settlements, the Plan has the right to recover from the covered person all amounts the Plan has paid as a result of that Injury, up to the amounts the covered person has received from all Third Parties and shall have a lien on the settlement or judgment for that purpose.

The covered person shall do nothing to prejudice the Plan's subrogation or reimbursement rights and shall, when requested, cooperate with the Plan's efforts to recover the benefits paid under the Plan. It is the duty of the covered person to notify the Claims Administrator when any notice is given to any party, including an attorney, of the intention to pursue or investigate a claim to recover damages due to injuries sustained by the covered person. The covered person (or person authorized by law to represent the covered person if he or she is not legally capable) shall execute and deliver any documents that are required and do whatever else is necessary to secure such rights.

The Plan will have the right to initiate legal action in the name of the covered person against the Third Party to recover expenses the Plan has paid. The recovery may include other reasonable expenses, including the Plan's legal expenses. However, the Plan is not required to participate in or pay attorney fees, court costs or expenses to the attorney hired by the covered person to pursue the covered person's damage claim.

The covered person acknowledges that the Plan's subrogation and reimbursement rights are a first priority claim against all potentially liable parties and are to be paid out of any settlement or judgment before any other claim for the covered person's other damages. The Plan shall be entitled to full reimbursement first from Third Party payments even if the remainder is insufficient to make the covered person whole or compensate the covered person in part or in whole for the damages sustained. However, no claim shall attach to a recovery made for lost wages.

The entire subrogation and reimbursement provision will apply regardless of whether liability for payment is admitted by the Third Party and regardless of whether the settlement or judgment received by the covered person identifies the benefits the Plan provided.

## The Plan's Right to Recovery of Overpayments

If an overpayment of benefits is made by the Insurer under the Long-Term Disability Plan to or on behalf of, you or your dependent(s), the Claims Administrator / Insurer has the right to:

- require you to return the overpaid amount upon request;
- reduce, by the amount of the overpayment, any future benefit payment made to, or on behalf of, you or your dependent(s); and/or
- take any appropriate collection activity available to it.

If an overpayment is due when you die, any benefits payable under the Plan will be reduced to recover the overpayment.

Failure to reimburse any overpayments made to you under the Plan will result in suspension of benefits until reimbursement has occurred.

This right does not affect any other right of recovery the Plan may have with respect to the overpayment including taking appropriate legal action.

## Your Right to Appeal Denial of a Claim

You, (the "claimant"), or the claimant's authorized representative may file Disability claims and appeal adverse Disability claim decisions.

The Claims Administrator will provide you with notice of the status of your Disability claim within a reasonable period of time after a complete claim has been filed, but no later than 45 days after receipt of your Disability claim. The Claims Administrator may request an additional 30-day extension if special circumstances warrant. The Claims Administrator will notify you of the extension before the expiration of the initial 45-day period. If a decision still cannot be made within this 30-day extension period due to circumstances outside the Claims Administrator's control, the time period may be extended for an additional 30 days, in which case you will be notified before the expiration of the original 30-day extension.

If you have not submitted sufficient information to the Claims Administrator to process your claim, the Claims Administrator will notify you of the incomplete claim and will give you 45 days from receipt of the notice to submit the additional information. This will extend the time in which the Claims Administrator has to respond to your claim from the date the notice of insufficient information is sent to you until the date you respond to the request. If you do not submit the requested missing information to the Claims Administrator within 45 days of the request, the Claims Administrator will deny your claim.

If the Claims Administrator denies your claim, you will receive a notice, which will include:

- the specific reasons for the denial;
- reference to the pertinent plan provisions upon which the denial is based;
- a description of any additional information required with an explanation of why it is needed; and
- an explanation of the Plan's claims and appeal procedures.

The claimant or the claimant's authorized representative may appeal an adverse benefit determination of a Disability claim by filing a written request with the Claims Administrator within 180 days of receipt of the initial denial notice. In connection with the appeal, the claimant or the claimant's authorized

representative may request that the Claims Administrator provide you, or your authorized representative free of charge, copies of all documents, records, and other information relevant to the claim. The claimant or the claimant's authorized representative may also submit written comments, records, documents and other information relevant to the appeal, whether or not such documents were submitted in connection with the initial claim. The Claims Administrator may consult with medical or vocation experts in connection with deciding the Disability claim. **The Claims Administrator does not use the "Treating Physician Rule" in determining claims under the Plan.**

If the Claims Administrator relies on an internal guideline, protocol, or other criteria, the denial letter will specify the criterion and state a copy of such rule, guideline, protocol or other criteria. If the claim denial was based on a medical necessity, experimental treatment, or a similar exclusion or limit, the adverse benefit determination letter will provide an explanation of the scientific or clinical judgment for the decision, applying the terms of the Plan, or will state that the Claims Administrator will provide such an explanation free of charge upon written request.

The Claims Administrator will conduct a full and fair review of the documents and evidence submitted and will ordinarily render a decision no later than 45 days after receipt of the request for review on appeal. If there are special circumstances, the decision will be made as soon as possible, but not later than 90 days after receipt of the request for review on appeal. If such an extension of time is needed, the Claims Administrator will provide written notification prior to the end of the first 45-day period. The Claims Administrator's final written decision will include specific reasons for the decision, specific references to pertinent Plan provisions on which the decision is based, and an explanation of your rights under ERISA's claims and appeals rules. The claimant or the claimant's authorized representative has a right to bring a civil action under ERISA Section 502(a) following an adverse benefit decision on appeal. The Plan will pay benefits only if the Claims Administrator determines, in its sole discretion, that you satisfy the Plan's definition of Disability and are entitled to benefits under the Plan.

## Plan Administration

The Long-Term Disability Plan is an employee benefit plan covered under Title I of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"). In accordance with Section 503, Title I of ERISA, the Plan Administrator shall designate one or more Named Fiduciaries, as defined under ERISA, (which may include itself) under the Plan; each with complete authority to review all denied claims for benefits under the Plan with respect to which it has been designated Named Fiduciary. In the event any claim is made that any part of the Plan is ambiguous or questions arise concerning the meaning or intent of any of its terms, the Named Fiduciary shall have the sole authority and discretion to resolve all disputes regarding the interpretation of the Plan, including making any findings of fact necessary for determination of any benefit payable under the Plan. The decision of the Named Fiduciary shall be final, conclusive and binding as to all parties, and the Named Fiduciary shall be deemed to have properly exercised its authority, unless it has abused its discretion hereunder by acting arbitrarily and capriciously.

The Named Fiduciary for purposes of claim administration and determination of all claims for the Long-Term Disability Plan is the Claims Administrator which the Insurer appointed. For issues relating to eligibility, the Named Fiduciary is AEGON USA, LLC.

## Legal Action

You must exhaust all administrative remedies under the Plan prior to bringing an action to recover benefits under the Plan. You cannot bring an action at law or in equity against the Plan to recover benefits under the Plan less than 60 days after you provide written proof of loss to the Insurer as required by the Plan. You may not bring an action more than three years after the time you must provide satisfactory proof of loss as required by the Plan.

*Long-Term Disability Plan*

## Restriction on Venue

A participant or beneficiary shall bring an action in connection with the Plan only in Federal District Court in Cedar Rapids, Iowa.

## Agreement to Pay

Any participant or beneficiary who files a lawsuit in violation of the Plan venue provision or limitations of action provision shall be liable for and agrees to pay any costs and fees (including reasonable attorney fees) due to the litigation being filed outside the Plan provision-selected venue and/or outside the Plan provision-selected limitation period.

## Questions Regarding the Claims Process

If you have additional questions about filing claims, contact the Insurer or the AEGON Employee Service Center.

# *Miscellaneous Provisions*

## No Guarantee of Employment

The Plan and this Summary Plan Description do not constitute an employment agreement between you and the Participating Employer. Nothing in the Plan or this Summary Plan Description gives participants the right to continue employment with the Participating Employer or limits any rights the Participating Employer has to discipline employees or terminate their employment with the Participating Employer.

## No Vested Right to Benefits

No individual participating in or covered by the Plan has any vested right to receive, or to continue to receive, Plan benefits.

## Correction of Errors

In the event the Insurer credits amounts or reimburses in error, the Insurer will correct such errors as soon as reasonably practicable in accordance with nondiscriminatory rules established by the Insurer and applied consistently to similarly situated individuals.

## No Assignment

The participant cannot in any way assign, alienate, sell, transfer, garnish, execute or encumber any Plan benefit of any kind, and any attempt to do so shall be null and void.

## Plan Administrator Authority

The Plan Administrator has the sole discretion to interpret eligibility provisions of the Plan and to decide all matters arising in connection with eligibility under the Plan, including sole and complete discretionary authority to make all factual determinations regarding eligibility to participate in the Plan. The decisions of the Plan Administrator will be final and conclusive with respect to eligibility issues relating to the Plan.

The Plan Administrator may adopt rules and procedures for the administration of the Plan and may delegate any of its administrative responsibilities and duties to any person or persons, as it determines necessary for the efficient administration of the Plan.

The Insurer and the Claims Administrator have the sole and complete discretionary authority to make all factual determinations regarding benefits and to determine benefits due under the Plan.

# *Amendment or Termination of the Plan*

## The Company Reserves the Right to Amend

The Company, in its sole discretion, reserves the right, at any time and from time-to-time, and retroactively if deemed necessary or appropriate, to amend any or all of the provisions of the Plan.

No amendment to the Plan, specifically including a Plan amendment with a retroactive effective date, may negate or reduce a benefit to which you or your beneficiaries were entitled under the Plan on account of a claim incurred prior to the Plan amendment.

## The Company Reserves the Right to Terminate

The Company, in its sole discretion, reserves the right to terminate the Plan, in whole or in part, at any time.

# *Your Rights under ERISA*

## Statement of ERISA Rights

As a participant in the Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"). ERISA provides that all Plan participants will be entitled to:

- examine, without charge, at the Company's office all Plan documents, including copies of the latest annual report (Form 5500 series) filed by the Plan with the U.S. Department of Labor;
- obtain, upon written request to the Plan Administrator, copies of the Plan document and other documents governing the operation of the Plan. The Plan Administrator may make a reasonable charge for the copies; and
- receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of the summary annual report.

In addition to creating rights for participants, ERISA imposes obligations upon the individuals who are responsible for the operation of the Plan. The individuals who operate the Plan, called "fiduciaries," have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries. No one, including your employer, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.

If your claim for benefits is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of the Plan or the latest annual report for the Plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator. If you have a claim for benefits that is denied or ignored, in whole or in part, you may file suit in Federal District Court in Cedar Rapids, Iowa. If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or you may file suit in Federal District Court in Cedar Rapids, Iowa. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

If you have any questions about the Plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You also may obtain certain publications about your rights under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

*Long-Term Disability Plan*

## Additional ERISA Information

The following information is provided to you in accordance with ERISA. Your Plan Administrator has determined that this information, together with the information contained in this document, is the Summary Plan Description required by ERISA.

| | |
|---|---|
| Plan Sponsor | AEGON USA, LLC<br>4333 Edgewood Road NE<br>Cedar Rapids, IA 52499<br><br>(319) 355-8511 |
| Employer Identification Number | 42-1310237 |
| Plan Administration<br>(Eligibility) | The Plan Administrator for the Long-Term Disability Plan is AEGON USA, LLC. The Company has purchased a group long-term disability contract from Life Insurance Company of North America, a CIGNA Company. The Company has appointed Life Insurance Company of North America the claims fiduciary. Life Insurance Company of North America has appointed the Claims Administrator. The Claims Administrator has the authority to make decisions on claims appeals. The Company has retained its authority to determine eligibility to participate in the Plan. Any appeal relating to eligibility to participate in the Plan should be addressed to:<br><br>AEGON Employee Service Center<br>4333 Edgewood Road NE, MS 3830<br>Cedar Rapids, IA 52499 |
| Plan Administrator | AEGON USA, LLC.<br>4333 Edgewood Road NE<br>Cedar Rapids, IA 52499<br><br>(319) 355-8511 |
| Plan Year | Calendar Year |
| Agent for Service of Legal Process<br>(Eligibility) | AEGON USA, LLC.<br>4333 Edgewood Road NE<br>Cedar Rapids, IA 52499<br><br>Service of legal process may be made on the Plan Administrator and the Insurer. |
| Plan Name | AEGON Companies Long-Term Disability Plan |
| Plan Number | 501 |
| Type of Plan | Welfare: Long-Term Disability |
| Type of Administration | Insured Administration. Life Insurance Company of North America, a CIGNA Company. The Insurer has appointed the Claims Administrator to handle claims and their appeals. |

*Long-Term Disability Plan*

| | |
|---|---|
| Source of Contributions to the Plan | The Company pays the cost of Basic Long-Term Disability. Employees pay the cost of the Optional Long-Term Disability. Employees make their contributions with after-tax payroll deductions. The Plan is fully insured by Life Insurance Company of North America, a CIGNA Company. Neither AEGON USA, LLC nor any Participating Employer has any liability for any benefits under the Plan. |
| Participating Employers (have adopted this Plan) | AEGON Direct Marketing Services, Inc.<br>AEGON USA Realty Advisors, Inc.<br>Clark Consulting, Inc.<br>Monumental Life Insurance Company<br>Stonebridge Life Insurance Company<br>Transamerica Capital, Inc.<br>Transamerica Financial Life Insurance Company<br>Transamerica Investment Services, Inc.<br>Transamerica Life Insurance Company<br>Western Reserve Life Assurance Co. of Ohio<br>World Financial Group, Inc. |

*Long-Term Disability Plan*

# Glossary of Terms

| | |
|---|---|
| Active Service / Actively at Work | An employee will be considered in Active Service (Actively at Work) on a day that is a scheduled workday if either of the following conditions are met.<br>1. He or she is actively at work. This means the employee is performing his or her Regular Occupation on his or her regularly scheduled basis, either at the usual place of business or at some location to which the business requires the employee to travel.<br>2. The day is a scheduled holiday, vacation day, or period of approved leave of absence.<br>An employee is considered in Active Service on a day that is not a scheduled workday only if he or she was in Active Service on the preceding scheduled work day. |
| Appropriate Care | Appropriate Care means the determination of an accurate and medically supported diagnosis of the Disability by a Physician and a plan established by a Physician of ongoing medical treatment and care of the Disability that conforms to generally accepted medical standards, including frequency of treatment and care. |
| Basic Long-Term Disability Coverage | Company provided Disability coverage providing benefits equal to 50 percent of Basic Monthly Earnings. |
| Basic Monthly Earnings | The Plan pays benefits based on your Basic Monthly Earnings, which include your regular wages in effect just prior to the date the disability begins.<br>**Monumental Life Division Career Agency Field Managers and Agents**<br>Basic Monthly Earnings under the Long-Term Disability Plan for Monumental Life Division Career Agency Field Managers and Agents are determined by taking the monthly average earnings for the most recently completed 48 performance periods excluding annual Bonus and TPA Commissions.<br>**Commissioned Employees of Clark Consulting, Inc. whose names and titles are on file with the AEGON Employee Service Center**<br>Basic Monthly Earnings is monthly base salary plus the average of the most recent 24 months (or part thereof) Commissions.<br>**Commissioned Employees of Transamerica Capital, Inc. whose names and titles are on file with the AEGON Employee Service Center**<br>Basic Monthly Earnings is monthly base salary plus the average of the most recent 24 months (or part thereof) Commissions.<br>**For All Other Partially or Fully Commissioned Employees, whose names and titles are on file with the AEGON Employee Service Center.**<br>Basic Monthly Earnings is:<br>• if a Participating Employer has not employed you for a full Calendar Year, your monthly pay rate or salary, excluding shift differential, plus your monthly introductory allowance if any; or<br>• if you have a full Calendar Year of employment, the monthly |

|  | average of your prior Calendar Year's earnings. |
|---|---|
|  | In all categories above, Basic Monthly Earnings exclude Bonuses, cash awards, expense allowances, shift differential, overtime pay, goal sharing, variable pay, stock option earnings, other incentive items or other extra pay items. |
| Bonus | A Bonus is an amount in addition to an employee's usual compensation. A Bonus is used to recognize and reward employee contributions, and is not a guaranteed payment. |
| Calendar Year | Calendar Year is the period beginning January 1 of any year and ending December 31 of that same year. |
| Claims Administrator | CIGNA Group Insurance<br>Pittsburgh Claim Office<br>1600 West Carson Street<br>Pittsburgh, PA 15219<br>(800) 238-2125 |
| Commission | A Commission is a percentage paid of the total money received for transacting a piece of business or performing a service. |
| Company | Company means AEGON USA, LLC |
| Contribution Period | The period of time in which the employee must pay contributions toward the cost of the Plan. As a rule, all contributions are due the first day of the month for which coverage applies. Coverage will be terminated for non-payment if contributions are not received within 31 days of the date due. |
| Co-op Student | A participant in a high school or university work / study program who is selected to gain practical experience in a field related to his or her studies. |
| Disability / Disabled | The Plan considers the employee (excluding pilots, co-pilots and crew) Disabled if, solely because of Injury or Illness, the employee is either:<br><br>• unable to perform all the material duties of the employee's Regular Occupation or a qualified alternative; or<br>• unable to earn 80 percent or more of the employee's Indexed Covered Earnings.<br><br>After the Plan pays Disability Benefits for 24 months, the Plan considers the employee (excluding pilots, co-pilots and crew) Disabled if, solely due to Injury or Illness, the employee is either:<br><br>• unable to perform all the material duties of any occupation for which the employee is, or may reasonably become, qualified based on education, training or experience; or<br>• unable to earn 80 percent or more of the employee's Indexed Covered Earnings.<br><br>If the employee is a pilot, co-pilot or crewmember of a company-owned or leased aircraft, Disability means that the employee is unable to carry out each of the duties of the employee's regular job for the first year of Disability. After the first year, Disability means the employee is unable to carry out the duties of any job that the employee is reasonably able to do with the employee's education, skills or experience.<br><br>If the employee's occupation requires a license of any kind, the Plan |

| | |
|---|---|
| | will not consider the employee Disabled solely because of loss of the license. |
| Disability Earnings | Any wage or salary for any work performed for any employer during the employee's Disability, including Commissions, Bonus, overtime pay or other extra compensation. |
| Illness | Any physical or mental Illness. |
| Indexed Pre-Disability Earnings (Indexed Covered Earnings) | For the first 12 months monthly benefits are payable, Indexed Covered Earnings will be equal to Basic Monthly Earnings. After 12 monthly benefits are payable, Indexed Covered Earnings will be an Employee's Basic Monthly Earnings plus an increase applied on each anniversary of the date monthly benefits become payable. The amount of each increase will be the lesser of: <br><br> • 10 percent of the employee's Indexed Covered Earnings during the preceding year of Disability; or <br><br> • the rate of increase in the Consumer Price Index (CPI-W) during the preceding Calendar Year. |
| Injury | Any accidental loss or bodily harm which results directly and independently from all other causes. |
| Insurer | Life Insurance Company of North America, a CIGNA Company. |
| Intern | An employee whose position is through the Participating Employer's formal cooperative / internship program. |
| Legally Married Spouse / Spouse | A person legally married under the local state law in which the employee participating in the Plan is legally domiciled. |
| Long-Term Disability (LTD) | The Plan sponsored by AEGON USA, LLC to provide eligible employees with benefits for disabilities that continue beyond 180 days. |
| Non-Occupational | Unrelated to an employee's job and away from an employee's place of employment. |
| Occupational | Related to an employee's job or place of employment. |
| On-Call Employee | An employee whose position does not have a regular work schedule. |
| Optimum Ability | For the first 24 months that benefits are payable, Optimum Ability is the greatest extent of work the employee is able to do in the employee's Regular Occupation. <br><br> After 24 months, Optimum Ability is the greatest extent of work the employee is able to do in any occupation based on education, training or experience. <br><br> The Plan bases the ability to work on the following: <br> 1. medical evidence the employee submits; <br> 2. consultation with the employee's Physician; <br> 3. evaluation of the employee's ability to work by not more than three independent experts if required by the Claims Administrator; and <br> 4. an offer of employment that meets the employee's capacity to do the work is made by an employer. <br> There is no cost to the employee for evaluation by an independent expert when the Claims Administrator / Insurer requires the evaluation to determine Optimum Ability. <br><br> The independent expert must be: <br> 1. licensed, registered or certified as required by the laws of the state in which the employee has the evaluation; and <br> 2. acting within the scope of that license, registration or certificate. |

| | |
|---|---|
| Optional Long-Term Disability Coverage | Optional Disability coverage elected by and paid by the employee providing benefits equal to 10 percent of Basic Monthly Earnings. |
| Participating Employers | Participating Employers means AEGON USA, LLC and all of the legal entities which are part of a controlled group with AEGON USA, LLC, and which have adopted the Plan for their eligible employees. |
| Physician | A licensed doctor practicing within the scope of his or her license and rendering care and treatment that is appropriate for the condition and locality.<br><br>It does not include an employee, an employee's Spouse, the immediate family (including parents, children, siblings or Spouses of any of the foregoing, whether the relationship derived from blood or marriage), or a person living in an employee's household. |
| Plan | AEGON Companies Long-Term Disability Plan. |
| Plan Administrator (Eligibility Determinations) | AEGON USA, LLC<br>4333 Edgewood Road NE<br>Cedar Rapids, IA 52499 |
| Plan Year | The Plan Year is a Calendar Year, January 1 through December 31. |
| Pre-Existing Condition | Any Injury or Illness for which the employee incurred expenses, received medical treatment, care or services including diagnostic measures, took prescribed drugs or medicines, or for which a reasonable person would have consulted a Physician within three months before the employee's most recent effective date of insurance. |
| Regular, Benefits-Eligible, Part-Time Employee | An employee who is scheduled to work less than the Participating Employer's full-time workweek but at least 20 hours per week, and whose position is at-will. |
| Regular, Full-Time Employee | An employee who is scheduled to work the Participating Employer's full-time workweek, and whose position is at-will. |
| Regular, Non-Benefits-Eligible, Part-Time Employee | An employee who is scheduled to work for a Participating Employer less than 20 hours per week, and whose position is at-will. |
| Regular Occupation | The occupation the employee routinely performs at the time the Disability begins. In evaluating the Disability, the Claims Administrator will consider the duties of the occupation as it is normally performed in the general labor market in the national economy. |
| Rehabilitation Plan | A professionally developed, written plan designed to enable the employee to return to work. The Rehabilitation Plan will consist of one or more of the following phases:<br><br>1.  assessment;<br>2.  rehabilitation, under which the Insurer may provide, arrange or authorize educational, vocational or physical rehabilitation or other appropriate services; or<br>3.  work, which may include modified work, transitional work arrangements, and work on a part-time basis. |
| Spouse / Legally Married Spouse | A person legally married under the local state law in which the employee participating in the Plan is legally domiciled. |
| Temporary Employee | An at-will employee whose position has a definite end. |
| Third Party | Third Party means any party possibly responsible for a covered |

| | |
|---|---|
| | person's injuries or any insurance company, including but not limited to, companies providing uninsured motorist coverage, underinsured motorist coverage, personal umbrella coverage or no-fault automobile insurance coverage. |
| Transitional Work Arrangement | Work at an occupation for wage or profit offered to the employee by any employer if all the following conditions are met: 1. the sum of wages, commissions, bonus and other compensation for that work is 20 percent or more of the employee's Indexed Covered Earnings; 2. at the time the employee receives the work offer, the employee can perform, with or without accommodation, some or all of the material duties of that occupation; and 3. the employee is Disabled. |