



# AEGON USA, Inc.
# Long-Term Disability Plan

**Summary Plan Description**
**Effective January 1, 2004**



EXHIBIT 2a

# *Long-Term Disability Benefits*

## WHEN YOU MAY RECEIVE LONG-TERM DISABILITY BENEFITS

If you become Disabled, you may begin to receive Long-Term Disability benefits after an elimination period of 180 consecutive calendar days. The elimination period begins on the first day of Disability and continues until you are eligible to begin Long-Term Disability benefits.

For the purposes of this Plan, you (excluding pilots, co-pilots and crew) are considered Disabled if, solely because of Injury or Illness, you are either:

- unable to perform all the material duties of your Regular Occupation or a qualified alternative; or
- unable to earn 80% or more of your Indexed Covered Earnings.

After Disability benefits have been payable for 24 months, you (excluding pilots, co-pilots and crew) are considered Disabled if, solely due to Injury or Illness, you are either:

- unable to perform all the material duties of any occupation for which you are, or may reasonably become, qualified based on education, training or experience; or
- unable to earn 80% or more of your Indexed Covered Earnings.

If you are a pilot, co-pilot or crew member of a company-owned or leased aircraft, Disabled means that you are unable to carry out each of the duties of your regular job for the first year of Disability. After the first year, Disabled means you are unable to carry out the duties of any job that you are reasonably able to do with your education, skills or experience.

If your occupation requires a license of any kind, you will not be considered Disabled solely because of loss of the license.

To qualify for Long-Term Disability benefits, you must remain under the regular care of a Physician during your entire period of Disability.

**For purposes of the Plan, the Insurer does not use the "treating physician rule" in determining whether you have a Disability within the meaning of the Plan.**

## YOUR BASIC MONTHLY EARNINGS

Long-Term Disability is designed to provide you with an income equal to a portion of your Basic Monthly Earnings. Your Basic Monthly Earnings are the amount you earn each month as of the day before you become Disabled. This does not include overtime or bonuses.

**Monumental Life Division Home Service Field Managers and Agents**
Basic Monthly Earnings will be determined by taking the monthly average earnings for the most recently completed 48 performance periods excluding annual bonus, vacation commission credit, and TPA / P&C commissions.

**Regional Vice-Presidents in IDEX and Variable Annuities of Transamerica Capital, Inc.**
Basic Annual Earnings is annual base salary plus the average of the most recent 24 months (or part thereof) commission. Basic Earnings exclude bonuses, cash awards, expenses allowances, overtime pay, goal sharing, other variable pay, other incentive or other extra pay items.

| | |
|---|---|
| Optimum Ability | For the first 24 months that benefits are payable, Optimum Ability is the greatest extent of work you are able to do in your Regular Occupation.<br><br>After 24 months, Optimum Ability is the greatest extent of work you are able to do in any occupation based on education, training or experience.<br><br>Your ability to work is based on the following:<br>• medical evidence you submit;<br>• consultation with your Physician;<br>• evaluation of your ability to work by not more than three independent experts if required by the Claims Administrator; and<br>• an offer of employment that meets your capacity to do the work is made by an employer.<br><br>There is no cost to you for evaluation by an independent expert when required by the Claims Administrator / Insurer to determine Optimum Ability.<br><br>The independent expert must be:<br>1. licensed, registered or certified as required by the laws of the state in which the evaluation is made; and<br>2. acting within the scope of that license, registration or certificate. |
| Optional Long-Term Disability Coverage | Optional Disability coverage elected by and paid by the employee providing benefits equal to 10 percent of Basic Monthly Earnings. |
| Participating Employers | Participating Employers means AEGON USA, Inc. and all of the legal entities which are part of a controlled group with AEGON USA, Inc. and which have adopted the Plan for their eligible employees. |
| Physician | Any practitioner acting within the scope of his or her license in providing medical care. This includes the following:<br><br>• Doctor of Medicine (M.D.);<br>• Doctor of Osteopathy (D.O.);<br>• Dental Surgeon (D.D.S.);<br>• Podiatrist or Surgical Chiropodist (D.P.M. or D.S.C.); and<br>• Chiropractor (D.C.).<br><br>It does not include an employee, an employee's Spouse, the immediate family (including parents, children, siblings or Spouses of any of the foregoing, whether the relationship derived from blood or marriage), or a person living in an employee's household. |
| Plan | AEGON USA, Inc. Long-Term Disability Plan |