WRITTEN CONSENT OF THE
BOARD OF DIRECTORS OF
AEGON USA, INC.

January 17, 2007

The undersigned, being all of the Directors of AEGON USA, Inc., an Iowa corporation (hereafter referred to as the "Company"), acting as authorized in Section 490.821 of the Iowa Business Corporation Act and Article III, Section 11 of the Company's Bylaws, HEREBY ADOPT, unanimously, the following resolutions by Written Consent and authorize the actions therein to be taken by the Company upon the filing of the Written Consent in the Minute Book of the Company:

WHEREAS, the Company previously established the employee benefit plans set forth in Exhibit A;

WHEREAS, the officers of the Company have recommended that the Company insert a venue provision in each of the Company employee benefit plans as set forth in Exhibit A.

NOW, THEREFORE, BE IT RESOLVED, that effective January 1, 2007, each of the Company's employee benefit plans as set forth in Exhibit A is hereby amended to insert the following venue provision: "Restriction on Venue. A Participant or Beneficiary shall only bring an action in connection with the Plan in Federal District Court in Cedar Rapids, Iowa."

FURTHER RESOLVED, that the appropriate officers of the Company are hereby authorized and directed to take such further actions and to execute such documents, including conforming amendments to the Plan as the appropriate officers of the Company may deem necessary or desirable for purposes of accomplishing the foregoing resolution without further action by the Board.



1


EXHIBIT 4

REDACTED



2

**FURTHER RESOLVED**, that the appropriate officers of the Company are hereby authorized and directed to take such further actions and to execute such documents, including conforming amendments to the Plan as the appropriate officers of the Company may deem necessary or desirable for purposes of accomplishing the foregoing resolution without further action by the Board.

**FURTHER RESOLVED**, that the authority and power given under the foregoing resolutions shall be deemed retroactive and any and all acts authorized thereunder performed prior to the passage of the foregoing resolutions are hereby ratified and approved in all respects.

This Written Consent may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same Written Consent.

IN WITNESS WHEREOF, the undersigned have executed this Written Consent of the Board of Directors of AEGON USA, Inc. as of the date first hereinabove set forth.

_____
Patrick S. Baird

_____
James A. Beardsworth

AEGONUSA2007b2

**Exhibit A**

## AEGON USA, INC. EMPLOYEE BENEFIT PLANS

AEGON USA, Inc. Medical Plan
AEGON USA, Inc. Profit Sharing Plan
AEGON USA, Inc. Pension Plan
AEGON USA, Inc. Life Insurance Plan
AEGON USA, Inc. Long Term Disability Plan
AEGON USA, Inc. Vision Plan
AEGON USA, Inc. Nonqualified Deferred Compensation Plan
AEGON USA, Inc. Employee Excess Restoration Plan
AEGON USA, Inc. Accidental Death and Dismemberment Plan
AEGON USA, Inc. Business Travel Accident Insurance Plan
AEGON USA, Inc. Flexible Benefits Plan
AEGON USA, Inc. Dental Plan
AEGON USA, Inc. Short Term Disability Program
AEGON USA, Inc. Executive Profit Sharing Plan